UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>(1) MAHDI MOHAMMAD SADEGHI, a/k/a MOHAMMAD MADHI SADEGHI and<br>(2) MOHAMMAD ABEDININAJAFABADI, a/k/a "MOHAMMAD ABEDINI",<br><br>Defendants. | M.J. No. 24-1737-DLC<br><br>**FILED UNDER SEAL** |

## MOTION TO PARTIALLY UNSEAL FOR LIMITED PURPOSE OF DISCLOSURE TO ITALIAN AUTHORITIES

The United States of America respectfully moves this Court to Order that the Complaint and arrest warrant for MOHAMMAD ABEDININAJAFABADI be partially unsealed for the limited purpose of allowing disclosure to law enforcement in Italy. Specifically, the United States expects to transmit its request for a provisional arrest warrant regarding defendant ABEDININAJAFABADI to Italy. As part of that submission, the State Department requires that the charging document and arrest warrant be unsealed for the limited purpose of providing those documents to the appropriate foreign authorities, for the purpose of authorizing provisional arrest.

The United States respectfully requests that the Court maintain these documents, including this motion, under seal for all other purposes.

Date: December 13, 2024

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By: /s/ Jared C. Dolan
JARED C. DOLAN
Assistant U.S. Attorney

ALLOWED: December 13, 2024

Hon. Donald L. Cabell
Chief U.S. Magistrate Judge