AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America

v.

(1) MAHDI MOHAMMAD SADEGHI, a/k/a
MOHAMMAD MADHI SADEGHI and
(2) MOHAMMAD ABEDININAJAFABADI,  a/k/a
"MOHAMMAD ABEDINI",

Defendant(s)

Case No.

24-mj-1737-DLC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 2016 - December 2024___ in the county of ___Middlesex___ in the

___ District of ___Massachusetts___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One - 50 USC 1705 | Conspiracy to Violate the International Emergency Economic Powers Act (Mahdi Mohammad Sadeghi and Mohammad Abedininajafabadi) |
| Count Two - 18 USC 2339B | Conspiracy to Provide Material Support to a Foreign Terrorist Organization Resulting in Death (Mohammad Abedininajafabadi) |
| Count Three - 18 USC 2339B | Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization Resulting in Death (Mohammad Abedininajafabadi) |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Ronald Neal

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Ronald Neal
_____
Printed name and title

Sworn to before me and signed in my presence.

Date:    12/13/2024
_____

_____
Judge's signature

City and state:        Boston, MA

Hon. Donald L. Cabell, Chief U.S. Magistrate Judge
_____
Printed name and title