℆JS 45  (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Natick

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number    See Additional Information

Search Warrant Case Number _____

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

**Defendant Name** Mohammad Abedininajafabadi    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** Mohammad Abedini

**Address:** _____

Birth date (Yr only): 1986    SSN (last 4#): _____    Sex: M    Race _____    Nationality: Iranian

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Jared Dolan    Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 12/13/2024    Signature of AUSA: *Jared Dolan*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Mohammad Abedininajafabadi

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 50 USC 1705 | Conspiracy to Violate IEEPA | 1 |
| Set 2 | 18 USC 2339B | Conspiracy to Provide Material Support to an FTO Resulting in Death | 2 |
| Set 3 | 18 USC 2339B | Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization Resulting in Death | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-1546-DLC; 23-1547-DLC; 24-1234-DLC; 24-1235-DLC; 24-1419-DLC; 24-1420-DLC;
24-1543-DLC; 24-1544-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013