JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Natick

**Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number 24-MJ-1737-DLC
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**

Defendant Name  Mahdi Mohammad Sadeghi    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:  Mohammad Mahdi Sadeghi

Address:  Natick, MA

Birth date (Yr only): 1982    SSN (last 4#): _____    Sex: M    Race _____    Nationality: USA

**Defense Counsel if known:**  Eliza Jimenez and Jessica Thrall    Address: Federal Defender Office Boston

Bar Number: _____    51 Sleeper St. 5th Floor, Boston, MA 02210

## U.S. Attorney Information

AUSA:  Jared Dolan    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** December 16, 2024

☑ Already in Federal Custody as of December 16, 2014  in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 12/19/2024    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Mahdi Mohammad Sadeghi

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 50 USC 1705 | Conspiracy to Violate IEEPA | 1 |
| Set 2 | 50 USC 1705 | Violation of the IEEPA and the ITSR | 2-4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-1546-DLC; 23-1547-DLC; 24-1234-DLC; 24-1235-DLC; 24-1419-DLC; 24-1420-DLC; 24-1543-DLC; 24-1544-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Natick

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant x_____    New Defendant _____

Magistrate Judge Case Number 24-MJ-1737-DLC

Search Warrant Case Number _____

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Information:**

Defendant Name Mohammad Abedininajafabadi    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Mohammad Abedini

Address: _____

Birth date (Yr only): 1986    SSN (last 4#): _____    Sex: M    Race _____    Nationality: Iranian

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Jared Dolan    Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** Milan, Italy

**Arrest Date:** December 16, 2024

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 10

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 12/19/2024    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Mohammad Abedininajafabadi

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 50 USC 1705 | Conspiracy to Violate the IEEPA the ITSR | 1 |
| Set 2 | 50 USC 1705 | Violation of the IEEPA and the ITSR | 2-8 |
| Set 3 | 18 USC 2339B | Conspiracy to Provide Material Support to an FTO Resulting in Death | 9 |
| Set 4 | 18 USC 2339B | Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization Resulting in Death | 10 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-1546-DLC; 23-1547-DLC; 24-1234-DLC; 24-1235-DLC; 24-1419-DLC; 24-1420-DLC; 24-1543-DLC; 24-1544-DLC

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013