UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No 1:24-cr-10391-IT

UNITED STATES OF AMERICA

v.

MAHDI MOHAMMAD SADEGHI

## INITIAL SCHEDULING ORDER

**January 2, 2025**

CABELL, M.J.

The above-named defendant was arraigned before this Court and has elected to proceed under the Automatic Discovery Rules. Accordingly, the parties shall comply with their discovery obligations set forth in Local Rules ("LR") 116.1 through 116.4. Furthermore, it is HEREBY ORDERED that:

1. The date for the completion of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is **Monday, January 27, 2025**. The parties are reminded of their obligation under LR 116.1(f) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. The Initial Status Conference[1] will be held on **Wednesday, February 12, 2025 at 11:00 am.** The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business on **Wednesday, February 05, 2025.**

With these deadlines in mind, the Court anticipates a final status conference and return of the case to the District Judge occurring on or before **Thursday, July 31, 2025**. Rule 12 motions must be filed by the time of the final status conference unless a different schedule is set by the court.

/s/ Donald L. Cabell
Donald L. Cabell
United States Magistrate Judge

---

[1] If the parties do not feel that an initial status conference is necessary they should state that on the joint submission to the court and the court will cancel the status conference.