# My Gratitude Jar

Car    Spors    Go Cart

Wate    pizza

world    Star

Sun    rabo    DaDy