To whom it may concern,

My name is Abbas Sohrabpour, and I am a post-doctoral fellow at the Athinoula A. Martinos Center for Biomedical Imaging since June 2022. I am writing this letter as a testament to Mahdi M. Sadeghi's tie to his community in Boston and the United States, based on my prior and personal experiences with Mahdi as a friend.

I first met Mahdi in Ann Arbor, Michigan in 2011 when I came to the US to continue my graduate studies and he was a PhD student in the Electrical Engineering and Computer Science program at University of Michigan, Ann Arbor. Imagine leaving your family behind, feeling overwhelmed, anxious, and maybe a little lost only to discover that you have friends who can be and are like a second family to you, offering advice about where to buy your groceries, giving you rides to shopping malls to buy winter clothing, or inviting you to their home for a home-cooked meal with aroma that transports you back home. Mahdi graciously offered his friendship and support in the manners I just described, even though he was a student like me. That is how I came to know Mahdi, an older friend offering me his genuine support and friendship.

My journey soon took me to tread farther paths in Minnesota for the continuation of my graduate studies, but throughout the years Mahdi would reach out to me by phone making certain I was fine and doing well. I clearly remember the trip we took to southern Florida, late in 2013, which was organized by Mahdi. I joined my fellow travelers from Minnesota, running away from the bitter cold winter and freezing howling winds to the gathering of a warm and friendly group of people that were taking the trip only because Mahdi organized it.

Later when I moved to Boston in June 2022, old acquaintances rekindled. I have been kindly invited to his home many times and have always been welcome. I have known Narges, Mahdi's wife, since our time in Michigan, and came to know their lovely sons when I moved to Boston. A loving family graciously opening their doors to the community. Mahdi and Narges have always offered their sincere advice and friendship throughout the years. I have witnessed myself how they helped their friends, whether it was about where to buy stuff or how to purchase a new home or just come have a good time in their beautiful home. People from all walks of life with diverse backgrounds.

I have always been blessed with this friendship, cherishing the support and kindness I have received over time, from close or afar, from Mahdi and Narges. They are not only friends but a second family to me.

Sincerely,
Abbas Sohrabpour
January 1st, 2025

**January 4, 2025**
Jessica Thrall, Attorney
Federal Public Defender's Office

**Re: Mahdi Sadeghi – Community Ties**


Dear Ms. Thrall,

I am writing to provide information regarding the strong community ties of Dr. Mahdi Sadeghi, as per your request. I have known Mahdi since 2011-2012, when we were both graduate students at the University of Michigan in Ann Arbor. Throughout our friendship, he has been a consistent source of support, assistance, and encouragement. In many ways, he has been a brother to me, always there when I needed help.

One of the most significant ways Mahdi has impacted my life was by assisting me in securing my current position as a Principal Software Engineer at Medtronic, a global medical device company that touches the lives of millions of people daily. Through his guidance and support, I was able to obtain a job that has enabled me to contribute to the development of the "Hugo" surgical robot. This technology has saved the lives of thousands of patients worldwide, alleviating pain, restoring health, and extending lives. Without Mahdi's assistance, this opportunity would not have been possible, and I remain deeply grateful for his role in my success.

Dr. Sadeghi's dedication to medical technology is also evident in his interest in collaborating with Medtronic. He recently engaged in discussions with our R&D Vice President, Dr. Bill Peine, regarding the potential for him to join our team. This demonstrates his unwavering commitment to making a meaningful impact in the field.

What truly sets him apart is his unwavering commitment to others. I have witnessed him go out of his way to assist friends, classmates, and community members without expecting anything in return. His generosity and kindness have left a lasting impression on me, and I believe these qualities define him both personally and professionally.

Beyond our personal friendship, Mahdi has dedicated time to mentoring new students and providing guidance to others within the community. Whether in Ann Arbor or the greater Boston area, he has cultivated strong and enduring relationships with colleagues, neighbors, and students. His positive influence and unwavering sense of responsibility to the community are evident in all aspects of his endeavors.

Mahdi's contributions extend far beyond his professional life. His character and stability make him a reliable and valued member of any community he joins.

Please do not hesitate to contact me if you require further information. I firmly believe that Mahdi's integrity and dedication to others are a testament to his character.

Thank you for your time and consideration.

Sincerely,


Ali Attari, Ph.D.
Principal Software Engineer, Surgical Robotics, Medtronic

January 10, 2025

The Honorable Judge Donald L. Cabell

John Joseph Moakley United States Courthouse,

1 Courthouse Way,

Boston, MA 02210

Dear Sir,

My name is Ali Sharifkhani, and I am writing this letter to provide insight into Dr. Mohammad Mahdi Sadeghi's strong ties to the Iranian community in the Greater Boston Area. I do so at the recommendation of Mr. Sadeghi's counsel and his family.

In September 2019, my family and I moved to Boston when I began my position as a faculty member at the Northeastern University, where I continue to work today. During the early months of our time in Boston, we attended several cultural events organized by Iranian cultural centers and student associations to familiarize ourselves with the local Iranian community. At many of these events, we were warmly welcomed by Mr. Sadeghi and his family. They reached out to ask how we were settling in and offered assistance as we adjusted to our new environment. It was clear from the outset that Mr. Sadeghi was a central figure in the community, as evidenced by the way others interacted with him with respect and warmth.

Over the past five years, I have observed Mr. Sadeghi's significant contributions to the community. He has consistently supported others in various ways, from offering advice on home renovations to organizing community gatherings—often personally handling the preparations and cooking. I have also seen him actively assist individuals in finding employment, demonstrating his unwavering commitment to helping those around him. Mr. Sadeghi's dedication to fostering a sense of belonging and support within the community is truly remarkable.

In addition to his community involvement, Mr. Sadeghi has been a vocal advocate for justice and equality, particularly regarding the rights of women in Iran. He has openly criticized the Iranian government's policies toward women and has consistently called for greater equality and fairness. He has often expressed his gratitude for the opportunities and freedoms he enjoys living in the United States, the country where he calls home since I have known him.

On a personal level, I know Mr. Sadeghi to be a devoted family man. He plays an active role in raising his children, and his deep commitment to their well-being is evident in his words and actions. His dedication to his family further reflects his strong roots and sense of responsibility.

Given his deep ties to the Iranian community in Boston, his advocacy for justice and equality, and his role as a devoted father and community member, I firmly believe that Mr. Sadeghi's life

and commitments are firmly grounded here, and he has consistently demonstrated a strong sense of responsibility to those around him.

Whatever the outcome of Mr. Sadeghi's trial, I trust that justice will be served, and I hope that the decision regarding his detention takes into account the full context of his character and contributions.

Thank you for your time and consideration.

Respectfully,

Ali Sharifkhani

Greetings,

I am writing this letter to provide my perspective on the character and contributions of my friend, Mahdi Mohammad Sadeghi, whom I have had the privilege of knowing since 2009. Over the years, I have come to deeply respect and value his presence in our community and in my personal life.

Mahdi has always been a person of moderation, someone who approaches matters with thoughtfulness and balance. His knowledge in the fields of technology and economics is remarkable, and I have personally benefited from his insights and guidance. He has taught me invaluable lessons on managing my investment portfolio and has shared his expertise on effectively handling rental properties. His practical advice has been very positive in helping me make sound financial decisions.

Beyond his professional knowledge, Mahdi has been a thought-provoking conversationalist. We have had numerous discussions on social science and history, where his appreciation for facts and his commitment to being on the right side of reality have always stood out. His ability to engage in meaningful, fact-based dialogues is a testament to his intellectual integrity and moral compass.

During his residence in Michigan, Mahdi was not just a knowledgeable individual but also a very positive and influential person in our community. His actions and interactions reflect a genuine desire to contribute positively to those around him. It is my sincere belief that his character and contributions deserve recognition and respect.

Please feel free to reach out if you require any further details or clarification about my experiences with Mahdi. I am happy to provide additional context if needed.

Sincerely,

Ali Taghavi

Michigan, USA

**Re: Mahdi Mohammad Sadeghi – Request for Consideration of Bail Release**

Dear Judge Moakley,

My name is Arash A. Amini, and I am an associate professor of statistics at UCLA. I am writing to share my perspective on Mahdi Mohammad Sadeghi, whom I have known since 2011. My wife and I met Mahdi when we moved to Ann Arbor, Michigan, in 2011. I was beginning a postdoctoral position, and my wife was starting a Ph.D. program at the University of Michigan. Mahdi, who was pursuing his Ph.D. at the time, played a significant role in helping us adjust to life in a new place.

From the very beginning, he was welcoming and helpful. He introduced us to the Iranian student community and connected us with others, which made a big difference in our transition. He helped us with practical matters, such as where to shop for essentials, and frequently invited us to social gatherings.

He welcomed us into his home for many occasions, including a memorable Nowruz (Persian New Year) celebration. We also fondly remember kayaking trips on the Huron River and other group outings.  His generosity was remarkable—on one occasion, he invited a large group of friends to a restaurant for a special celebration and paid for everyone. In another instance, he suggested we contribute to a parting gift for a mutual friend who was leaving Ann Arbor and organized the effort.

He often went out of his way to help others. In one instance, I know he picked up a new student from the airport and let them stay in his home without rent while they looked for a place to settle. I believe he made many such airport pickups, driving long distances to welcome newcomers. He was a central figure in our group of friends and had strong connections with the broader Iranian community in Ann Arbor and the surrounding areas. Through him, we got to know many others and participated in their gatherings as well.

Since moving to Los Angeles in 2014, we've kept in touch over the years regarding significant life events. I was shocked to hear about the allegations against Mahdi, as they do not align with the person I have known for over a decade. What stands out most in my memories is how he consistently went out of his way to help people and connect them, never expecting anything in return.

Thank you for taking the time to consider my perspective. If you need further information or clarification, I would be happy to assist.

Sincerely,

Arash A. Amini

**To Whom It May Concern,**

I am writing this letter in support of Mahdi and his family, who have built and maintained strong, meaningful ties to our community for over a decade. It has been a privilege to know Mahdi, his wife Narges, and their children as a family whose kindness, thoughtfulness, and dedication to fostering relationships have left a lasting positive impact on those around them.

I became more closely acquainted with Mahdi and Narges when they moved to our state and settled in a town near ours. From the very beginning, they established a connection not only with my family but also with many others in the community. Our families quickly became close, and later, their children, being close in age to ours, developed a natural friendship through shared playdates and activities. Over time, these bonds deepened to the point where their children call me and my husband "aunt" and "uncle," and our children do the same with them.

Mahdi and Narges have consistently demonstrated their commitment to bringing people together. They frequently hosted gatherings on holidays and other special occasions, opening their home to friends and neighbors. These events were filled with warmth and hospitality, highlighted by Mahdi's renowned cooking—his steaks and kabobs, in particular, are a favorite among many. Beyond hosting, their thoughtful gestures, such as preparing gifts for children, reflected their desire to create a sense of joy and belonging for everyone around them.

Through their actions, Mahdi and his family have become an integral part of our community, forming bonds that go beyond friendships—they have become like family to many of us. Their presence has enriched our lives, and their efforts have strengthened the fabric of our community.

Sincerely,

Azadeh Sheikholeslami

Elaheh Gharibi,
1/7/2024

The Honorable Judge Cabell,
1 Courthouse Way
Boston, MA, 02210

Dear Honorable Judge Cabell,

I'm writing to advocate for Mahdi Mohammad Sadeghi. I've known Mahdi and his family since 2017, and over the years, they've become close friends to me and my family. We've shared so many great moments together—family gatherings, outings with our kids, and even Thanksgiving trips—always being there for each other in times of need.

Mahdi is a kind and reliable person, a devoted husband, and a loving father who makes his family a priority. I've seen him play with his sons with so much care and patience, and it's clear how much they mean to him. He's also the kind of person who's always ready to help, whether it's advising friends on buying a home, sharing tips on renovations, or just being there when someone needs a hand.

Each year, we rent a cabin for Thanksgiving and spend time with several close families. Mahdi is always at the heart of these gatherings—cooking meals, playing with the kids, and making everyone feel welcome. His kindness and thoughtfulness really stand out.

I can confidently say that Mahdi is deeply committed to his family, friends, and community here in the U.S. I have no doubt that if he's granted bail, he will meet his responsibilities fully and poses no risk of flight.

Thank you for taking the time to read this letter. I hope it gives you a better sense of the person Mahdi truly is.

Sincerely,

Elaheh Gharibi

Fatemeh Karbaschi,

████████████    ████████

12-31-2024

**Re: Character Reference for Dr. Mahdi Sadeghi**

Dear Jessica Thrall,

I am writing to you as a character witness for Dr. Mahdi Sadeghi, who is currently seeking bail. I have known Dr. Sadeghi for over 10 years and can attest to his strong ties to our community and his exemplary character.

During his time in Ann Arbor, Dr. Sadeghi was deeply involved in fostering a strong sense of community among Iranian residents. He consistently demonstrated leadership and a commitment to bringing people together by organizing and supporting various events, from religious gatherings to community celebrations. He often served as a speaker at our religious events, sharing his knowledge and insights, and was always willing to lend a helping hand to those in need.

Beyond his contributions to the community, Dr. Sadeghi has also shown himself to be a kind and supportive individual on a personal level. When my daughter was an undergraduate at the University of Toledo and had a summer internship at MIT, Dr. Sadeghi provided invaluable assistance in helping her find temporary housing and navigate a new city. As a parent, I was incredibly relieved and grateful for his generosity and support during that time.

Though he no longer lives in Ann Arbor, his dedication to community building and his positive influence persist. I witness this firsthand through my interactions with his eldest son, who is a student in my Farsi school. He often shares stories about his father's continued involvement in their current community, organizing events and supporting those around him.

Based on my long-standing relationship with Dr. Sadeghi and my personal experience with his kindness and helpfulness, I believe he poses a very low flight risk. His ongoing commitment to community involvement, combined with his strong family ties and demonstrated history of good character, suggests that he has every reason to remain present and address these legal matters.

Please do not hesitate to contact me if you require any further information. I am available to testify in court to support Dr. Sadeghi's release on bail.
Sincerely,
Fatemeh Karbaschi, PharmD
████████████

# Muhammad Ali, PhD

Jan 2nd, 2025

The Honorable Judge Donald L. Cabell,
John Joseph Moakley United States Courthouse,
1 Courthouse Way,
Boston, MA 02210

Dear Sir,

**Subject:** Dr. Mohammad Mahdi Sadeghi's ties to the local community in Boston

My name is M. Ali, I live in the bay area in California, and I lived in Boston during the period 2016-2023.

I have known Dr. Mohammad Mahdi Sadeghi's in my Boston years. He is a man who chose the United States as his home out of a profound belief in the American Dream, dedicating himself wholeheartedly to building a close-knit community in Boston.

Dr. Sadeghi's created his life from the ground up in the United States. He and his wife worked for years to get the life they currently have. He personally demolished the house he had purchased and meticulously rebuilt it into the dream home he envisioned for himself and his wife, a sanctuary for their future together for decades to come. He will *never* abandon his home that he built and flee.

His ties with the community are deep and he is widely loved. He used to organize large outdoor parties and cook for them delicious Persian-style kebabs using a technique that he learned from his uncle. His house was a home for anybody who had a problem or could not find a place to stay. He allowed people to use his garage as a storage space, even an apartment's worth of furniture. He used to cook nutritious food for women who recently gave birth to promote their health and their baby's health. He used to open his home for celebrations during Persian holidays. He was an active participant in cultural events and was a popular speaker in such seminars. His close friends are too numerous to count in the Boston area and beyond.

He used to do all these things with deep love and conviction, and I firmly believe that his connection to the local community in Boston *far surpasses* the ties that he may hold to his ancestral homeland.

In light of these considerations, I respectfully urge the honorable judge to grant Dr. Sadeghi's bail, enabling him to reunite with his wife and two children as he diligently prepares to defend himself against the charges. He is a fighter, and he will never flee.

Best Regards,

M. Ali

Dear whom my concern

Mahdi Sadeghi was an amazing member of the Iranian community in the
Boston area. We moved to the Boston area in 2019, at that time I had a
terrible miscarriage, and his wife helped my family to take care of my oldest
one when I was in the hospital. I suffered from depression after my
miscarriage, he planned a picnic with friends and he cooked Kabob for us,
also he invited us to his house and helped us to find friends.
We had many playdates with him and his family. He was a welcoming,
supportive, and caring person. When my second son was born, I remember
he cooked delicious meals for me and my family and drove around an hour
to deliver them to my house. He looked like an older brother to me and
gave me advice about parenting and being a useful person in the world and
in the community. He helped me and my family, when I was in the trouble,
for example he gave me a ride when I was in the Boston airport.
I believe that he was an educated, responsible and supportive person in
our community and our community benefited him.


Sincerely,
Mahdie Salehi

Mahmoud Ghandi

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jan 1, 2025

To Whom It May Concern,

Subject: Character Reference for Mr. Mahdi Sadeghi

Dear Sir or Madam,

I am writing this letter in support of my friend and community member, Mr. Mahdi Sadeghi, who is currently being held in custody. I have known Mahdi since 2012, when my family and I moved from Baltimore, Maryland, to Boston, Massachusetts. Over the years, Mahdi and I have become close family friends through our shared involvement in the Iranian community in Boston and beyond.

From my personal experiences, Mahdi has always demonstrated qualities of kindness, compassion, and dedication to helping others. When I was in the process of purchasing my first home in Belmont, Massachusetts, seven years ago, Mahdi went out of his way to assist me in finding a reliable mortgage agent who ultimately helped us secure our loan. Similarly, in 2019, when I was preparing to join a startup company, Mahdi generously reviewed my first consulting agreement, providing valuable insights that helped me navigate the process. His selflessness and willingness to support others in times of need have left a lasting impression on me and my family.

In addition to being a trusted friend, I have known Mahdi as a hardworking and reliable engineer. He consistently upholds the highest standards of integrity in both his professional and personal life. Beyond his work, Mahdi has been an active and valued member of our community, contributing his time and effort to organizing gatherings and picnics. His barbecue skills have become legendary among our friends and community members, bringing people together and fostering a sense of camaraderie.

In all my interactions with Mahdi over the past 12 years, I have never observed any behavior that would suggest wrongdoing or a lack of commitment to his responsibilities. He has been a steadfast friend, a loving husband, and a devoted father to his two children. His strong ties to the community and his dedication to his family make him an integral part of our lives.

I respectfully urge the Court to consider these aspects of Mahdi's character as it evaluates his situation. Granting him bail would not only allow him to reunite with his family but also enable him to continue being a positive influence within our community as he awaits his trial. I am confident that Mahdi will meet all obligations set forth by the Court and that he will remain fully engaged in addressing these charges.

Thank you for your time and consideration.
Sincerely,
Mahmoud Ghandi, PhD

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

January 10, 2025

The Honorable Judge Donald L. Cabell

John Joseph Moakley United States Courthouse,

1 Courthouse Way,

Boston, MA 02210

Dear Sir,

I, Maryam Emamidoost, a member of the Iranian community in Boston, am writing this letter at the request of Mr. Mahdi Sadeghi's lawyer and his esteemed family to provide a statement about Mr. Sadeghi's tie to our community.

I have known Mr. Sadeghi and his family since 2019 when we moved to the United States from Canada in order for my husband to start his new job in Boston. Since then, I have found Mr. Sadeghi to be an invaluable member of the Iranian community in Boston, and his contributions have made a significant impact on many lives.

Mr. Sadeghi has played a crucial role in organizing Iranian gatherings and ceremonies, often serving as the sole organizer of such events. His dedication to fostering a sense of community is evident in the way he brings people together to celebrate our culture and traditions. Over the years, he has also organized several group trips, creating opportunities for community bonding and shared experiences.

Beyond organizing events, Mr. Sadeghi has mentored individuals seeking employment, sometimes helping them in their job search to find jobs based on their capabilities and skills. Mr. Sadeghi has also consistently provided invaluable consulting services to those looking to build or renovate their homes. His experience and willingness to assist others have made him a trusted resource for many.

Moreover, Mr. Sadeghi has been exceptionally supportive of community members, especially when one of the guardians of children are traveling, or when there is a newborn in the family. For instance, in numerous cases, he has gone out of his way to prepare nutritious meals for mothers that recently gave birth in order to promote their postpartum recovery and overall health. His dedication to the Iranian community is unwavering, making him and his wife a source of reference for anyone facing challenges or needing assistance.

In light of these considerations, Mr. Sadeghi has demonstrated strong ties to the Iranian community in Boston and a deep commitment to his family and friends. Given his contributions and steadfast connection to the community, I sincerely hope he is afforded the opportunity to

spend his pre-trial period with his loved ones, where he can continue to support and engage with those who depend on him.

Sincerely,
Maryam Emamidoost

Mohammad Elahinia

███████████████████████████████████

12/30/24

Jessica Thrall
51 Sleeper Street, 5th Floor Boston, MA 02210
Jessica_Thrall@fd.org

RE: Support for Bail Application of Dr. Mahdi Sadeghi

Dear Ms. Thrall,

I am writing to you today to strongly support Dr. Mahdi Sadeghi's bail application. I understand you are representing him, and I wish to provide testimony regarding his significant contributions to our community, which I believe demonstrates his strong ties here and mitigates any concerns about him being a flight risk.

I have known Dr. Sadeghi for over ten years as a family friend. During this time, I have been consistently impressed by his dedication to helping anyone in need.

Specifically, I would like to highlight the following examples of Dr. Sadeghi's contributions: Any new student coming to the University of Michigan community in Ann Arbor would find Mehdi a great resource. He would consistently go out of his way to help them find housing, complete their employment paperwork, and get started with their new student life. This offer of help continued when he later moved to Boston. When my daughter, a pre-med undergraduate student at the University of Toledo had a summer internship with a group at MIT, she received significant help from Dr. Sadeghi in finding temporary housing. He even loaned her money to pay for her new housing, while she was waiting to receive her first paycheck.

These examples, among others, clearly demonstrate Dr. Sadeghi's deep roots within our community. He has invested significant time and effort in making a positive difference, and I believe he is deeply committed to remaining here. His contributions illustrate that he has

a strong sense of responsibility and a desire to contribute to the well-being of our community.

I am confident that Dr. Sadeghi poses no flight risk. His commitment to our community, coupled with the support of his family and friends, provides ample assurance that he will appear for all court proceedings.

I am available to testify in court or provide an affidavit to further elaborate on Dr. Sadeghi's community involvement. Please do not hesitate to contact me if you require any further information.

Thank you for your time and consideration.

Sincerely,
Mohammad Elahinia

Mohammad H. Alizadeh,

1/7/2024

The Honorable Judge Cabell,
1 Courthouse Way
Boston, MA, 02210

Dear Honorable Judge Cabell,

I am writing this letter to advocate for Mr. Mahdi Mohammad Sadeghi, who has been an invaluable and cherished member of Iranian community in the Boston area. I have known Mahdi for nearly eight years, during which time he has consistently shown kindness, generosity, and a commitment to both his family and the community.

Mahdi has made a profound impact on those around him. His willingness to assist others and share his knowledge is truly remarkable. I can personally attest to the guidance he has provided to me and many others in areas such as home buying and renovations—always with patience, expertise, and a genuine desire to help.

Mahdi is an intelligent, articulate, and strong individual who embodies the values of compassion and community spirit. I have seen him repeatedly go out of his way to bring joy to others. At gatherings and picnics, Mahdi is always the first to engage with children, entertaining them with enthusiasm and care. One particularly thoughtful gesture stands out: whenever a newborn arrived in the community, Mahdi would prepare a delicious meal, often kebabs, for the new mother as a sign of support and celebration. This small yet meaningful act is just one example of how Mahdi takes the initiative to make others feel valued and cared for.

As a devoted family man, Mahdi sets an inspiring example. He is deeply committed to his wife and children, always demonstrating patience, kindness, and love in his interactions with them. It is heartwarming to witness his fatherly presence—whether playing with his children or guiding them with unwavering support.

Mahdi's character and actions speak volumes about his reliability and trustworthiness. He is a person who uplifts those around him and fosters a sense of unity and belonging. I firmly believe he poses no flight risk and is fully dedicated to addressing the responsibilities before him.

Thank you for considering this letter as you evaluate Mahdi's case. I hope my words have provided some insight into the positive and lasting impact Mahdi has had on our community. If you require any additional information, please do not hesitate to contact me.

Sincerely,
Moahammad H. Alizadeh

Dear Jessica Thrall

1/9/2025

I have known Mr. Mohammad Mahdi Sadeghi years ago, from the time he moved to Boston with his family. He is an active member of Iranian religious community and had various contributions. He is a good friend of mine and is a dedicated person and caring for others. In terms of education, he is a very successful engineer in his field and has well defined career goals.

I have met him many times in various functions and discovered him a reliable individual. Mahdi is very good at working with other people. He is very nice, considerate and sensitive. He is not only good humored and friendly, but also is good at gauging other people's level of knowledge and attitudes. He is a joy to have in the programs and meetings.

Regards,

Mohammad H. Sadraey, Ph.D.



December 31, 2024

RE: Letter of Support for granting Bail - Mahdi Sadeghi's detainment case

Dear Judge Donald Cabell,

In my capacity as a friend and acquaintance of Mahdi Sadeghi I am writing this letter to detail the significant positive impact and assistance that Mahdi provided during the five years we spent in Boston. While I have resided in the United States for the past 15 years, Mahdi was absolutely instrumental in our successful settlement in Boston. His support ranged from helping us secure an apartment to identifying reliable mechanics, a reputable car dealership, and sources for fresh meat, among other necessities.

Additionally, Mahdi and his wife provided invaluable emotional support and assistance after the birth of our youngest child, offering homemade nutritious meals, which Mahdi personally prepared as part of his tradition of cooking meals with red meat for mothers following childbirth.

Mahdi was also the person who introduced me to a wide range of cuisines and quality cuts of meat, teaching me about various cooking methods and the best locations for different cuts. His knowledge and generosity in sharing these experiences have greatly enriched my life.

Furthermore, when I faced the decision of choosing between several job offers, Mahdi guided me through the decision-making process, offering his experience and advice to help me logically evaluate the pros and cons, ensuring that my final choice aligned with my career aspirations and goals.

Mahdi has consistently shown tremendous generosity with his time, financial resources, and other forms of support to the community. He has been particularly kind to those who lack family in the area, ensuring that they are not alone during holidays. He has also offered assistance to individuals facing temporary housing challenges by hosting those during the gaps between the ends of leases and delayed move-ins.

In conclusion, Mahdi has been an integral and irreplaceable part of the Iranian-American community in Boston, leaving a lasting impact on the lives of many who had no other support. His contributions and selflessness have touched countless individuals.

Please do not hesitate to contact me should you require any further information or clarification.

Sincerely,


Mohammad Haft Javaherian, Ph.D.

**Mohammad Jahanbakht**

████████████████████████████

December 31st 2024


**Subject:** Letter of Support for Mr. Mahdi Sadeghi – Good Moral Character


To the Honorable Judge,

Dear Judge,

I am writing to provide insight into the character of Mr. Mahdi Sadeghi, whom I have personally known from 2016 to 2020. During this time, I lived in Burlington, MA, and worked as an Assistant Professor at Salem State University before relocating to Fort Worth, TX, in 2020 to join the University of Texas at Arlington in the same capacity.

Throughout my interactions with Mr. Sadeghi, I have known him to be a kind, reliable, and community-focused individual. One specific instance that highlights these qualities occurred when I was moving to a new home in Massachusetts. During this challenging time, Mr. Sadeghi not only offered his assistance with the move but also provided temporary storage space in his home for my belongings. This act of generosity was invaluable to me and demonstrated his willingness to help others selflessly.

I recently learned of the charges against Mr. Sadeghi and his hearing at Boston's Moakley Federal Courthouse. While I understand the seriousness of these allegations, I believe it is important to share my experiences to provide context about his character. Mr. Sadeghi has consistently displayed integrity, compassion, and a genuine desire to be of service to others.

In my years of knowing him, I have never witnessed behavior that would suggest a predisposition toward harm or violence. Instead, I have observed a person who values community and is dedicated to helping those around him. His actions have had a positive impact on many, including myself, and I hope this letter offers valuable insight into his character.

I have full faith in the judicial process and submit this letter not to influence its outcome but to share my honest observations of Mr. Sadeghi's moral character. Please feel free to contact me at ███████████████████████ if additional information is required.

Thank you for your consideration.

Sincerely,
Mohammad Jahanbakht

Mohammad Sadeq Sohrabie

█████████████████████████

01/01/2025

Re: Support Letter for Mehdi Sadeghi

Dear Honorable Judge,

I am writing to express my wholehearted support for Mehdi Sadeghi as they navigate this challenging time. I have had the privilege of knowing Mehdi for 15 years. I can confidently attest to their deep commitment to our community and their role as a socially responsible and caring individual.

Mehdi has consistently demonstrated a passion for fostering strong, inclusive communities. One of their most impactful contributions was creating a local soccer group for children and their families. This initiative provided a safe and welcoming environment for kids to play, learn teamwork, and build friendships while encouraging parents and community members to connect and engage. I witnessed firsthand how this program brought people together and instilled a sense of joy and belonging in children and adults.

Beyond organizing these activities, Mehdi has always shown a genuine concern for the well-being of others. They have volunteered their time and energy to mentor young people and ensure that everyone in their orbit feels valued and supported. His actions consistently reflect a commitment to building a positive and nurturing community environment.

It is deeply disheartening to hear that Mehdi's ties to the community are being questioned, as this family's contributions and relationships have positively impacted so many lives. I firmly believe that Mehdi's character, dedication, and passion for helping others exemplify the qualities of a responsible and engaged community member.

Your Honor, I humbly ask you to consider these qualities when evaluating Mehdi's situation. I am confident that, if given the opportunity, they will continue to contribute meaningfully to the lives of others and uphold their commitment to fostering a stronger, more inclusive community.

Thank you for your time and consideration. Please do not hesitate to contact me at ████████████████████ if I can provide further information.

Sincerely,
Mohammad Sadeq Sohrabie, Ph.D.

My name is Narjes, Mahdi Sadeghi's wife. I'm writing this letter to share our family's story with you.

Mahdi, my husband, who was once my friend's brother, has become my closest companion in life. Together, we embarked on a beautiful journey from the beginning, sharing not only love but an unbreakable bond that transcended friendship. Our life began 15 years ago in an empty, humble apartment in Ann Arbor, Michigan. Step by step, we built our world from the ground up, brick by brick. I still remember how our first dining table was simply a moving box, and now, years later, the walnut table Mahdi will craft with his own hands awaits us in the basement, waiting to be brought to life with his care and skill.

As two young graduate students in a foreign land, without the comfort of family nearby, we forged our own connection. We weren't just spouses—we were best friends and partners in every sense of the word, always working together toward our shared goals. Our bond grew out of the struggle of being far from home, and through this experience, we learned the true value of community—how vital it is to extend a hand to those in need. Helping others became part of our daily life, whether it was offering guidance to new students and families in the city or lending support to people facing hardships.

Over the years, our home became a haven for friends. In Ann Arbor, the passcode to our garage opener was like a secret key to a welcoming space. Our friends could come and go as they pleased, and often we'd hear the sound of the garage door opening, a sure sign that someone had come by for a visit. Even here in Boston, our home remains open to those who seek a warm place and a listening ear.

I could tell you countless stories of late-night gatherings filled with tea and laughter, of pizzas shared in the quiet hours when we had no children to keep us on a strict routine. And though those gatherings have changed now, with the rhythm of our children's sleep schedules, we still come together with our friends every week. Mahdi, always eager to engage in deep, thoughtful conversations—whether about history, philosophy, religion, economy, or politics—has brought people closer to each other with his wisdom. We even hosted in our home a weekly study group session to talk about those topics. In Boston, our participation in cultural events and weekly study groups became a cherished tradition, one that Mahdi took pride in. His love for cooking food and hospitality became legendary, as he began a tradition of cooking special meals for new mothers in our community—a heartfelt gesture of love that people always remembered.

After years of learning, observing, and understanding the culture around us, Mahdi and I made a profound decision: to put down roots in this country. We chose to make America our home, with open hearts and eyes wide open. The birth of our first son marked the

beginning of a new chapter in our lives. Together, we shared every responsibility, every joy, and every challenge in raising him. As our family grew, so did our dreams. Mahdi and I designed our home together, pouring hours into every detail with our architect. In the end, Mahdi rolled up his sleeves and demolished our old house, building our dream home from the ground up—hoping it would be a place of comfort and love for our family for many years to come.

When our second son was born, joy came with new responsibilities, and as always, Mahdi stood by my side, taking on his role with unwavering passion and care. He has been my rock—his dedication to our children and me is beyond words. As a wife, I can't express how grateful I am for a partner like him. Through the struggles of postpartum depression and anxiety, and the dark days after my miscarriage, Mahdi was there. He understood me when no one else did, and he helped me face my own weaknesses. There were even moments when he diagnosed my health issues before the doctors did—suspecting my ADHD and iron deficiency, both of which were later confirmed by specialists.

Mahdi is many things—a kind soul, passionate, adventurous, a diligent learner, a thoughtful observer—but above all, he is a family man. A son, a brother, and above all, an incredible father and partner. The bond between him and our children is something rare and beautiful. Our eldest son's favorite pastime is working with his dad—whether it's painting, carpentry, gardening, or fixing things. Even the simplest tasks, like vacuuming the car, are made special when they're done together. They have their own unique routines, and I watch in awe as Mahdi instills in him a love for learning and a joy in the little things.

I've rarely witnessed such a profound, unshakeable bond between a father and his children. My eldest son's favorite thing in the world is spending time with his dad— whether they're painting together, building something with wood, gardening, or fixing things around the house. Even the simplest tasks, like vacuuming the car, become moments of connection for them. They've created their own little universe of shared activities and routines, one that feels as if it exists solely for the two of them. Mahdi has always gone the extra mile to nurture this bond. Mahdi has always been a wonderful chef, and we are lucky to enjoy his delicious meals together as a family. Wanting to share even more time with our son, he thoughtfully bought him an America's Test Kitchen kids' set, so they could bond over the joy of cooking. It's more than just preparing food; it's about creating lasting memories together, sharing laughter and learning in the kitchen as a team. The simple act of cooking has become a special way for them to connect, and every dish they make together is a testament to their love and partnership.

This bond is woven into the fabric of our son's everyday life. You can see it in his schoolwork. Last year, when he was asked to draw "Who do you love?", the answer was clear: he drew his dad. This year, for Thanksgiving, he placed his father's image in the gratitude jar, a simple yet meaningful gesture that reflects the depth of his affection. Even when a few months ago all the boys at school were talking about cars, my son wrote a letter to a Ferrari dealership, but not just from himself—he wrote it from both himself and Mahdi, because to him, they are a team in everything.

In our family, I often feel like the 'boring mom' while Mahdi is the fun, adventurous dad. He has an incredible gift for making everything practical and enjoyable. Take reading, for example—when our son struggles with a word, Mahdi turns it into a playful challenge, even tingling him to keep the mood light. And when Mahdi explains things, he does so in a way that makes everything click for our son. One of the things Mahdi has always wanted is for our son to truly understand the meaning of what he says and does. As an example, Mahdi uses the phrase "Liberty and justice for all" in countless different situations, helping our son grasp its deeper meaning, so that when he sings the anthem they sing when they pledge to the flag, he not only understands the words but believes them wholeheartedly. I also remember their conversation after the election day that daddy voted today and why we should respect the other people's vote.

Our younger son has always been deeply attached to Mahdi, as he's been his primary caregiver. They have a special bond, one that's grown stronger through the quiet moments they share every night. Their bedtime routine is something unique to them—a ritual of comfort and connection that has always brought my son a sense of peace. There are times when my little one sends me away, urging me to let him have time alone with his dad. The sound of his laughter fills the house, bright and carefree—a sound that, since Mahdi's absence, I haven't heard in the same way. That laughter is a reminder of the joy they once shared, a joy that now feels distant, leaving me longing for the moments when Mahdi's presence made everything feel complete. Our son is struggling to adjust, dealing with separation anxiety and attachment issues since Mahdi is gone. The days are tough. With the help of daycare teachers and specialists, we're trying to support him as best as we can. But there are still moments that break my heart—like when he cries in the mornings, not wanting to go to daycare (where he loves). The most difficult moments, however, are at bedtime. This was the time when he shared the most quality moments with his dad, and now it's the time he struggles the most. The absence of that shared connection leaves him unsettled, and the nights are harder for him. Some nights he cries for an hour and refuses to go to bed. His attachment issues have become increasingly concerning. When I, or anyone he loves, are out of his sight, he panics, his cries echoing with a rawness that breaks my heart. It's as if the world shifts beneath him, and the sense of security he once had crumbles. There are moments when his desperation feels overwhelming, like when he clings to

anyone who shows him attention, and the tears don't stop even after they've left. One night, his cries lasted for over an hour—so intense that he even ran outside into the freezing cold, chasing after the person who had walked away, unable to calm his fear. It's a pain I can hardly bear to witness, and I feel helpless as I watch him struggle with such profound distress.

Our children miss their father deeply. Our elder son often asks why daddy's trip is taking so long and counts the days until Mahdi returns. He even cried when the Christmas tree, a tradition Mahdi always took part in decorating, remained in the basement this year. It's these moments—the small, quiet signs of love and longing—that break my heart. I'm doing my best to carry on, day by day, supported by our incredible community. Friends and loved ones come by (or host us in their home), offering their help, entertaining the kids, while we wait for the day when Mahdi can return to us.

I am doing everything I can to follow the advice of specialists and provide as much stability as possible, but the pain of seeing boys go through this is something I can't put into words. There's a deep ache when I think about the separation, and though I know we are working toward healing, I can't help but mourn the distance between them. It's been a struggle—a heartbreaking one—but we're trying to navigate through it, holding on to hope that, soon, Mahdi comes back, and our sons will feel safe and happy again.

Dear Judge Talwani,

I am writing on behalf of my friend, Dr. Mahdi M. Sadeghi, whom I have known for 16 years since he joined the University of Michigan's Electrical Engineering Department as a graduate student. At the time, I had already earned my PhD from the same department but in a different research lab and was working as a senior researcher developing collision-avoidance automotive radars for an automotive supplier.

In 2008, following the bankruptcy of our company during the automotive industry meltdown, I lost my job and faced significant challenges in repositioning myself in a collapsing job market. During this difficult period, Dr. Sadeghi was instrumental in my transition into a new research area within the solid-state electronics lab where he was a part of. I still vividly remember his kindness and dedication—he fabricated my first printed circuit design, helped me place small surface mount components on board with his steady hands and patiently taught me to use equipment like a reflow oven, among other tools and techniques.

Dr. Sadeghi's contributions extend far beyond academics and research. He has been an active participant in our cultural and community events, serving as a lecturer, organizer, and providing logistical support. His generosity and commitment have had a lasting impact on those around him.

I firmly believe that Dr. Sadeghi is a person of integrity and compassion. He has consistently demonstrated a willingness to help others and to contribute positively to his community. Thank you for considering this letter as part of your deliberation.

Sincerely,
Reza Azadegan, PhD,

Dear Jessica,


I have known Mahdi since 2007 when he joined university of Michigan as a student as I was at the time. We have been close friends since then. I know Mahdi as an extremely kind good-hearted friend who does everything in his capacity to help his friends, community when they need help, weather it is advise or financial support if they want to buy a house or in face of family matters or health issues of beloved ones. I know him as a law-abiding citizen, a man of principles. The principles that are strongly rejects committing any deed against the laws of the land. The land, the country, the United States of America, where he received his PhD degree, raised his family and his two wonderful kids.


Best regards,

Reza Ghaemi

Shahnaz Islam
Mohammad Saninur Rahman (Sanin)

Jessica Thrall
Jessica_Thrall@fd.org


January 6, 2025

Subject: Statement of Community Involvement for Mahdi Sadeghi


Dear Ms. Thrall:

This letter is sent to you with the sole purpose of stating Mahdi Sadeghi's engagement with his family and within the Natick community to the best of our knowledge and experience.

We met Mahdi Sadeghi and Narges Mohavedi in 2020 through our children's daycare. Our son and their eldest son were in the same class and became fast friends. Since then, we have had a few playdates at each other's homes and have enjoyed a few dinners at each other's homes as well, where Mahdi was always present, friendly, and incredibly kind and generous to us and our children.

Our two children and their two children have played together a number of times, including at their own birthday parties as well as those of friends at various venues. Once, when Shahnaz was out of town, Mahdi and Narges brought our son to their home and took care of him while Sanin took our daughter to an extracurricular activity and afterward went to Mahdi's home, where they all had dinner together.

Our son and their eldest son were also on the same soccer team for one season—Saturday mornings during which we caught up on random topics with Mahdi and/or Narges during the games. For the past few years Mahdi and his family have joined us and friends to go trick-or-treating on Halloween. It has been a nice tradition for our families in our town.

In our interactions with Mahdi and his family, we have seen how much his children love and depend on him and how Narges and he partner equally in their responsibilities and care of their family.

If you have any questions or need clarification about anything in this letter, please reach out to us at the email addresses at the top of this correspondence.


Respectfully,

Shahnaz Islam & Sanin Rahman

Dear Jessica Thrall,

I am writing this letter in support of Mahdi Sadeghi. I have known him since 2016, when he and his wife moved to Natick, MA. I have been involved in the care of his children, particularly his younger son, who is now 21 months old.

Mahdi is a devoted family man who spends all of his free time with his children. I have never met a father more kind and caring than him; he shares a remarkably strong bond with his kids. Both children have been deeply affected and are suffering greatly since his arrest.

During my frequent visits to his house for babysitting, I have found Mahdi to be an honest, deeply caring, and loving person. He always asks if there is any way he can help me. I am nearly 75 years old and live alone, as my children reside out of state. Mahdi has been incredibly supportive, whether by helping me shop for groceries when I couldn't manage on my own or by assisting with household issues. If he couldn't fix something himself, he would go out of his way to help me find a contractor.

About myself: I retired from practicing medicine about two years ago. Since 1996, I have lived and worked in the Boston and MetroWest areas, where I practiced medicine as part of a large medical group and also managed my own private practice. Prior to moving to Massachusetts, I conducted medical research at UC San Francisco and completed my medical training at Yale, Boston Medical and Tufts Medical Centers.  Having spent my life caring for patients, I believe I have developed a strong ability to assess people's character.

I have found Mahdi to be an honest, law-abiding, and trustworthy person who deeply cares for his family, friends, and community. I have also witnessed how greatly his two young children are suffering due to his absence.

Please feel free to contact me if I can provide any further assistance.


Best Regards,
Soheyla Emami, MD

Soroush Shabahang



1/1/2025

To whom it may concern:

My name is Soroush Shabahang. I moved to the United States in 2008 for my doctoral studies in physics and engineering, and I am currently a US citizen. I have been involved in many scientific research projects in different academic institutes and companies during the past 16 years. One of my main research projects at Harvard Medical School that I am very proud of was to develop novel wearable devices to lower the risk of hearing injuries to our troops and eliminate the pain that they may suffer. I personally care about helping people, and this is the main reason that I am very happy to know Mahdi. He is very caring and supportive of his friends and the community that he belongs to.

I have known Mahdi since 2017. I know him as a person who loves people and is always ready to help. I have seen many friends looking for him in social gatherings to ask questions or get help and support on different topics. But I have two personal experiences that I would like to share with you:

(1) In Jan 2023 I was laid off from my job in a company. As soon as Mahdi knew about this issue, he reached out to me to show his support. He forwarded my resume to different managers in his company who would be interested in my expertise and skills and talked to them to see if there could be any opportunities. I was really impressed by his caring and kindness and the amount of time and effort that he was putting into this. He followed up on my job applications and interviews almost every single day and could not forget my problem until I told him that I had accepted an offer from a company.

(2) We both have kids. Our sons are about the same age. During the covid time my son was very isolated, and I was thinking about how to help him to socialize more. I knew the best person to get help was Mahdi. I shared my concern with him, and he encouraged me to start a fun sport activity for the kids. He then invited many friends of his to join. Soon after many other people got interested and joined our group and a new community was formed very quickly, merely by Mahdi's support. During the past two years, tens of families with many kids joined together every weekend and our children practiced teamwork and socializing through fun games and sports. Since then, our community has become richer and stronger from day to day, and we truly owe this to Mahdi.

To be honest, I don't know many people who care about their friends and communities as much as Mahdi does. He loves them as if they are his own family.

Thank you for your time and consideration. Please do not hesitate to contact me if you require any further information.

Sincerely,
Soroush Shabahang

**Re: Mahdi Mohammad Sadeghi – Request for Consideration of Bail Release**

Dear Judge,

My name is Zahra Razaee, and I am a statistical consultant at Gilead Sciences. I have been living in the United States for over 15 years. I have known Mahdi Mohammad Sadeghi since 2011, when I was admitted to the University of Michigan-Ann Arbor. At the time, he was a PhD student. A friend introduced my husband and me to him, and he generously offered to help us settle into the new environment.

Just a few days after we arrived in Michigan, Mahdi picked us up and took us to a gathering where he introduced us to the local community. From the very beginning, he provided invaluable guidance. He shared information about the Iranian Graduate Students Association (IGSA) at the university, where to buy fresh meat, and where to shop for furniture. He even informed us about local events like Ann Arbor Restaurant Week.

Mahdi frequently invited us to his home, where he prepared some of the most delicious dishes we had ever tasted. His home was always a welcoming space, and we met many people there who became friends. I vividly remember a Nowruz celebration he hosted. That year, the new year fell in the middle of the night, and he thoughtfully organized a gathering so we wouldn't feel alone. On another occasion, he hosted over 50 people in his home, preparing most of the food himself— a testament to his generosity and hospitality.

When we decided to move to Los Angeles, Mahdi introduced us to someone who could assist us in settling there. Later, when my family purchased a house, Mahdi expressed his willingness to help and mentioned that we should have consulted him for advice on finding the best mortgage rates.

I also witnessed Mahdi's efforts to help new students at the University of Michigan. He often picked them up from the airport and sometimes hosted them in his home until they found a place to live. He regularly gave rides to those without cars and worked to organize a poetry reading group that brought people together and strengthened the community.

Mahdi was deeply involved in the community and helped countless people feel less lonely. Like everyone who knows him, I am shocked by the allegations against him, which are completely inconsistent with the character and integrity he has demonstrated over the years. His wisdom, kindness, and selflessness have positively impacted so many lives. His absence would not only harm his family but also leave a void in the community that he has worked tirelessly to support.

Thank you for considering this letter as part of your review. Please feel free to contact me if you require additional details or clarification.

Sincerely,
Zahra                                                                                                          Razaee
01/08/2025

1/8/2025

To whom it may concern:

My name is Zohreh Azizi. We moved from Florida to Massachusetts in 2016 and since then I have known Mahdi Sadeghi and his wife, Narges. Both Mahdi and Narges are very lovely. I was very sad to hear the recent news about Mahdi.

Mahdi and Narges are very supportive. They are always ready to help our small community. During the past 8 years they have invited us and many other friends to their house many times. They love spending time with friends and supporting them if a problem happens. Mahdi has been the organizer of many events and activities, including cultural events and outdoor activities. Mahdi is one of the organizers of a weekly sport event that gathers many families together every week to play soccer with the kids. Also there have been many other events that Mahdi and Narger supported by giving lectures or providing food.

I believe Mahdi and Narges love our small community and they have done whatever they could to support it.

Thank you for your time and consideration. Please do not hesitate to contact me if you require any further information.

Sincerely,

Zohreh Azizi