AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
(1) MAHDI MOHAMMAD SADEGHI, a/k/a MOHAMMAD MADHI SADEGHI and
(2) MOHAMMAD ABEDININAJAFABADI, a/k/a "MOHAMMAD ABEDINI",

*Defendant*

Case No. 24-MJ-1737-DLC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mahdi Mohammad Sadeghi,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Violate the International Emergency Economic Powers Act (50 USC § 1705)

Date: 12/13/2024

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. Donald L. Cabell, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/13/2024, and the person was arrested on *(date)* 12/16/24
at *(city and state)* Wilmington, MA

Date: 2:09 pm

*Arresting officer's signature*

SA Ronald Neal
*Printed name and title*