IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

(1) MAHDI MOHAMMAD SADEGHI, and

(2) MOHAMMAD ABEDININAJAFABADI,

Defendants.

Criminal No. 24-cr-10391-IT

**JOINT INITIAL STATUS REPORT AND
MOTION FOR ORDER OF EXCLUDABLE DELAY**

The defendants were indicted on December 19, 2021, and charged with one count of conspiracy to violate the International Emergency Economic Powers Act ("IEEPA") and the Iranian Transactions and Sanctions Regulations ("ITSR"), in violation of Section 1705 of Title 50 of the United States Code, and Part 560 of Title 31 of the Code of Federal Regulations; and multiple substantive counts of violating the IEEPA and the ITSR.  Abedini was also charged with conspiracy to provide material support to a foreign terrorist organization resulting in death, in violation of Section 2339B(a)(1) of Title 18 of the United States Code, and with provision and attempted provision of material support to a foreign terrorist organization resulting in death, in violation of Section 2339B(a)(1) of Title 18 of the United States Code.  Defendant Sadeghi was arraigned on the indictment on December 27, 2024.  Defendant Abedini is a fugitive.  Pursuant to Local Rule 116.5(a), and after consulting with counsel for the defendant Sadeghi, the government submits the following joint status report.

1.  **Automatic Discovery and Discovery Requests**

The government has made an initial production of automatic discovery and has made available the physical evidence seized from Sadeghi during the search of his residence.  Automatic

discovery is not yet complete.  Defendant Sadeghi has not made any discovery requests.

### 2.  Timing of Additional Discovery

The government is in the process of establishing an electronic database for additional automatic discovery.  The government expects the next discovery production to be voluminous and anticipates working with the defense to produce that discovery in a searchable form.

### 3.  Timing of Additional Discovery Requests

At present, Defendant Sadeghi is being held at Wyatt Detention Facility and only has access to discovery for two hours on Tuesday mornings.  As such, Defendant Sadeghi has not had the opportunity to fully review the discovery and reserves the right to make additional discovery requests after automatic discovery is complete.

### 4.  Protective Orders

A protective order was entered by the Court on January 28, 2025.

### 5.  Pretrial Motions

Defendant Sadeghi has not filed any pretrial motions under Fed. R. Crim. P. 12(b). Defendant Sadeghi reserves the right to file after review of the discovery.

### 6.  Timing of Expert Disclosures

The Court has not yet established a date for expert witness disclosures and the parties believe it is premature to set such a date at this time.

### 7.  Defenses

It is too early for the defense to assess this issue.

### 8.  Excludable Delay

Zero days of non-excludable time have accrued.

**9.  Plea Discussions, Trial**

The parties have not yet engaged in plea negotiations.  It is therefore difficult to assess the likelihood of trial.  Any trial is anticipated to last approximately three weeks.

**10. Timing of Status Conference**

The case is currently set for an initial status conference on February 12, 2025.  Defendant Sadeghi requests time to review the discovery and the parties request that the Court cancel the initial status conference and set an interim status conference in April 2025.  The government anticipates that it will have produced additional discovery materials by that date and the parties can accurately assess what additional time is necessary for the defense to review the discovery and make any discovery requests at that time.

Additionally, the parties hereby move this Honorable Court for an Order designating the period from February 12, 2025 through the date set for the next status conference as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), on the ground that the ends of justice served in the delay outweigh the best interests of the public and the defendants in a speedy trial.

February 6, 2025                                          Respectfully submitted,

                                                                    LEAH B. FOLEY
                                                                    United States Attorney

                                                    By:     /s/ *Alathea E. Porter*
                                                                    Alathea E. Porter
                                                                    Jared C. Dolan
                                                                    Assistant United States Attorneys

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Alathea E. Porter
Alathea E. Porter
Assistant United States Attorney

February 6, 2025