UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | CRIMINAL NO. 24-CR-10391-IT |
| ) | |
| MAHDI MOHAMMAD SADEGHI    ) | |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF RELEASE & MOTION FOR LEAVE TO FILE UNDER SEAL**

Mahdi Sadeghi respectfully renews his prior request to the Court to release him. Mr. Sadeghi was arrested on December 16, 2025. He has now been detained without a ruling since the detention hearing on January 14, 2025.

This supplement addresses a key issue raised by the Government in the materials and argument presented at the detention proceedings – namely that Mr. Sadeghi and Person 1 engaged in discussions of the possibility that they could go to jail. On January 29, 2025, the Defendant received an initial discovery production from the Government, included in this production is the email in question.

    I.    **Complaint Affidavit**

In the complaint affidavit the Government references emails between Mr. Sadeghi and Person 1. Complaint Affidavit, D.E.# 6-1, p. 38.

The email proffered by the Government at p. 38 is incomplete and omits information that clearly shows that the two individuals are both talking about prison in Iran (a notoriously repressive regime that both are familiar with incarcerating people for what we would view as absurd reasons) and are clearly joking. The chain of emails are best read chronologically, and include "LOL" and smiley face emojis. This context is omitted from the Government's

presentation in a manner that is intentionally misleading, suggesting that the Court should draw a conclusion that Mr. Sadeghi knew he was violating the law. P. 38 of the Complaint Affidavit states:

> 38. Based on the investigation and the facts that follow here, I believe that SADEGHI, Person 1, and Person 2 understood that their plans to set up companies funded by the Iranian government were in violation of U.S. laws. For example, on or about December 3, 2015, Person 2 sent an email to SADEGHI and Person 1 to schedule a meeting. In that email, Person 2 referred to Person 1 as the "CEO, President and owner of [Iranian Company 1]" and asked to have weekends off. Person 1 responded, "[Y]ou can have all the weekends off you want if you promise to bring me some chai when I'm in jail." Similarly, on August 1, 2016, SADEGHI asked Person 1 for input on the name of U.S. Company 2's sister company in Iran, stating, "After all, it is all yours!" Person 1 responded, "I guess I should know what name it is when I am in court getting sentenced."

## II.     Email Evidence

The Government produced the emails themselves, among many others, in the initial production. The email in question from p. 38 in the Complaint Affidavit is produced at Bates 00531-33. We attach it here, unredacted, and under seal with highlights on the portions of the email that are relevant.[1] Reading the email in totality, it is clear that Mr. Sadeghi and Person 1 are friends who share a professional relationship and are joking about the creation of the corporation and their respective roles. They are joking about prison in Iran, not in the United States, which is clear from Person 1's joke about bringing *chai* into the prison; no one would believe that chai is available in an American prison.

---

1  Exhibit 1, Email between Mr. Sadeghi and Person 1.

Furthermore, this email chain was from 2015, nearly 10 years ago, and 3 years before the expansion of the sanctions in 2018.

**Conclusion**

We provide this supplement to both show that Mr. Sadeghi was not conducting business operations in flagrant disregard of the IEEPA and that the evidence produced by the Government in the complaint affidavit and relied on in the detention proceedings is deliberating misleading.

    MAHDI SADEGHI
    By his attorney,

    */s/ Jessica Thrall*
    Jessica Thrall, #670412
    Federal Defender Office
    51 Sleeper Street, 5th Floor
    Boston, MA 02210
    617-223-8061

CERTIFICATE OF SERVICE

I, Jessica Thrall, hereby certify that this document filed through email and the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2025.

    */s/ Jessica Thrall*
    Jessica Thrall