My name is Narjes, Mahdi Sadeghi's wife. I'm writing this letter to share our family's story with you.

Mahdi, my husband, who was once my friend's brother, has become my closest companion in life. Together, we embarked on a beautiful journey from the beginning, sharing not only love but an unbreakable bond that transcended friendship. Our life began 15 years ago in an empty, humble apartment in Ann Arbor, Michigan. Step by step, we built our world from the ground up, brick by brick. I still remember how our first dining table was simply a moving box, and now, years later, the walnut table Mahdi will craft with his own hands awaits us in the basement, waiting to be brought to life with his care and skill.

As two young graduate students in a foreign land we forged our own connection. We weren't just spouses—we were best friends and partners in every sense of the word, always working together toward our shared goals. Our bond grew out of the struggle of being far from home, and through this experience, we learned the true value of community—how vital it is to extend a hand to those in need. Helping others became part of our daily life, whether it was offering guidance to new students and families in the city or lending support to people facing hardships.

Over the years, our home became a haven for friends. In Ann Arbor, the passcode to our garage opener was like a secret key to a welcoming space. Our friends could come and go as they pleased, and often we'd hear the sound of the garage door opening, a sure sign that someone had come by for a visit. Even here in Boston, our home remains open to those who seek a warm place and a listening ear.

I could tell you countless stories of late-night gatherings filled with tea and laughter, of pizzas shared in the quiet hours when we had no children to keep us on a strict routine. And though those gatherings have changed now, with the rhythm of our children's sleep schedules, we still come together with our friends every week. His love for cooking food and hospitality became legendary, as he began a tradition of cooking special meals for new mothers in our community—a heartfelt gesture of love that people always remembered.

After years of learning, observing, and understanding the culture around us, Mahdi and I made a profound decision: to put down roots in this country. We chose to make America our home, with open hearts and eyes wide open.

The birth of our first son marked the beginning of a new chapter in our lives. Together, we shared every responsibility, every joy, and every challenge in raising him. As our family grew, so did our dreams. Mahdi and I designed our home together, pouring hours into every detail with our architect. In the end, Mahdi rolled up his sleeves and

demolished our old house, building our dream home from the ground up—hoping it would be a place of comfort and love for our family for many years to come.

When our second son was born, joy came with new responsibilities, and as always, Mahdi stood by my side, taking on his role with unwavering passion and care. He has been my rock—his dedication to our children and me is beyond words. As a wife, I can't express how grateful I am for a partner like him. Through the struggles of postpartum depression and anxiety, and the dark days after my miscarriage, Mahdi was there. He understood me when no one else did, and he helped me face my own weaknesses. There were even moments when he diagnosed my health issues before the doctors did—suspecting my ADHD and iron deficiency, both of which were later confirmed by specialists.

Mahdi is many things—a kind soul, passionate, adventurous, a diligent learner, a thoughtful observer—but above all, he is a family man. A son, a brother, and above all, an incredible father and partner. The bond between him and our children is something rare and beautiful. Our eldest son's favorite pastime is working with his dad—whether it's painting, carpentry, gardening, or fixing things. Even the simplest tasks, like vacuuming the car, are made special when they're done together. They have their own unique routines, and I watch in awe as Mahdi instills in him a love for learning and a joy in the little things.

I've rarely witnessed such a profound, unshakeable bond between a father and his children. My eldest son's favorite thing in the world is spending time with his dad—whether they're painting together, building something with wood, gardening, or fixing things around the house. Even the simplest tasks, like vacuuming the car, become moments of connection for them. They've created their own little universe of shared activities and routines, one that feels as if it exists solely for the two of them. Mahdi has always gone the extra mile to nurture this bond. Mahdi has always been a wonderful chef, and we are lucky to enjoy his delicious meals together as a family. Wanting to share even more time with our son, he thoughtfully bought him an America's Test Kitchen kids' set, so they could bond over the joy of cooking. It's more than just preparing food; it's about creating lasting memories together, sharing laughter and learning in the kitchen as a team. The simple act of cooking has become a special way for them to connect, and every dish they make together is a testament to their love and partnership.

This bond is woven into the fabric of our son's everyday life. You can see it in his schoolwork. Last year, when he was asked to draw "Who do you love?", the answer was clear: he drew his dad. This year, for Thanksgiving, he placed his father's image in the gratitude jar, a simple yet meaningful gesture that reflects the depth of his affection.

Even when a few months ago all the boys at school were talking about cars, my son wrote a letter to a Ferrari dealership, but not just from himself—he wrote it from both himself and Mahdi, because to him, they are a team in everything.

In our family, I often feel like the 'boring mom' while Mahdi is the fun, adventurous dad. He has an incredible gift for making everything practical and enjoyable. Take reading, for example—when our son struggles with a word, Mahdi turns it into a playful challenge, even tingling him to keep the mood light. And when Mahdi explains things, he does so in a way that makes everything click for our son. One of the things Mahdi has always wanted is for our son to truly understand the meaning of what he says and does.

Our younger son has always been deeply attached to Mahdi, as he's been his primary caregiver. They have a special bond, one that's grown stronger through the quiet moments they share every night. Their bedtime routine is something unique to them—a ritual of comfort and connection that has always brought my son a sense of peace. There are times when my little one sends me away, urging me to let him have time alone with his dad. The sound of his laughter fills the house, bright and carefree—a sound that, since Mahdi's absence, I haven't heard in the same way. That laughter is a reminder of the joy they once shared, a joy that now feels distant, leaving me longing for the moments when Mahdi's presence made everything feel complete. Our son is struggling to adjust, dealing with separation anxiety and attachment issues since Mahdi is gone. The days are tough. With the help of daycare teachers and specialists, we're trying to support him as best as we can. But there are still moments that break my heart—like when he cries in the mornings, not wanting to go to daycare (where he loves). The most difficult moments, however, are at bedtime. This was the time when he shared the most quality moments with his dad, and now it's the time he struggles the most. The absence of that shared connection leaves him unsettled, and the nights are harder for him. Some nights he cries for an hour and refuses to go to bed. His attachment issues have become increasingly concerning. When I, or anyone he loves, is out of his sight, he panics, his cries echoing with a rawness that breaks my heart. It's as if the world shifts beneath him, and the sense of security he once had crumbles. There are moments when his desperation feels overwhelming, like when he clings to anyone who shows him attention, and the tears don't stop even after they've left. One night, his cries lasted for over an hour—so intense that he even ran outside into the freezing cold, chasing after the person who had walked away, unable to calm his fear. It's a pain I can hardly bear to witness, and I feel helpless as I watch him struggle with such profound distress.

Our children miss their father deeply. Our elder son often asks why daddy's trip is taking so long and counts the days until Mahdi returns. He even cried when the Christmas

tree, a tradition Mahdi always took part in decorating, remained in the basement this year. It's these moments—the small, quiet signs of love and longing—that break my heart. I'm doing my best to carry on, day by day, supported by our incredible community. Friends and loved ones come by (or host us in their home), offering their help, entertaining the kids, while we wait for the day when Mahdi can return to us.

I am doing everything I can to follow the advice of specialists and provide as much stability as possible (with the help of our friends and community), but the pain of seeing boys go through this is something I can't put into words. There's a deep ache when I think about the separation, and though I know we are working toward healing, I can't help but mourn the distance between them. It's been a struggle—a heartbreaking one—but we're trying to navigate through it, holding on to hope that, soon, Mahdi comes back, and our sons will feel safe and happy again.