---

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

File Number: ███████

Incorporation Date / Formation Date: **7/20/2015** (mm/dd/yyyy)

Entity Name: █████████████.

Entity Kind: **Corporation**        Entity Type: **General**

Residency: **Domestic**        State: **DELAWARE**

### REGISTERED AGENT INFORMATION

Name: **THE CORPORATION TRUST COMPANY**

Address: **CORPORATION TRUST CENTER 1209 ORANGE ST**

City: **WILMINGTON**        County: **New Castle**

State: **DE**        Postal Code: **19801**

Phone: **302-658-7581**