# United States Court of Appeals
## For the First Circuit

No. 25-1501

UNITED STATES,

Appellee,

v.

MAHDI MOHAMMAD SADEGHI, a/k/a Mohammad Mahdi Sadeghi,

Defendant - Appellant.

Before

Montecalvo, Rikelman, and Aframe,
Circuit Judges.

**JUDGMENT**

Entered: August 21, 2025

Defendant Mahdi Mohammad Sadeghi appeals from a district court order granting the "Government's Motion for Revocation of Release Order" and revoking a magistrate judge's prior pretrial release order. Briefing is now complete. After carefully reviewing the record and the parties' submissions, we discern no error in the district court judge's conclusion that the government had met its burden to demonstrate that detention was warranted based on "a serious risk that [the defendant] will flee." 18 U.S.C. § 3142(f)(2)(A); see United States v. Tortora, 922 F.2d 880, 882 (1st Cir. 1990) (this court's review of detention decisions is independent, but "tempered by a degree of deference to the determinations made below"); see also United States v. Hernandez-Rodriguez, 181 F.3d 81 (1st Cir. 1998) (unpublished per curiam) (explaining that, in bail-pending-trial context, the government bears the burden to demonstrate "by a preponderance of the evidence that defendant poses such a substantial flight risk that no conditions will reasonably assure his appearance at trial") (citing United States v. Dillon, 938 F.2d 1412, 1417 (1st Cir. 1991)).

The order of the district court is affirmed. See 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
William W. Fick
Daniel N. Marx
Amy Barsky
Chelsea Ann Estes
Sufia M. Khalid
Donald Campbell Lockhart
Nadine Pellegrini
Randall Ernest Kromm
Alathea E. Porter
Jared C. Dolan
Christina A. Clark