IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHDI SADEGHI | No.  1:24-cr-10391-IT |

**DEFENDANT MAHDI SADEGHI'S PROPOSED
VOIR DIRE OF PROSPECTIVE JURORS**

Pursuant to Fed. R. Crim. P. 24(a), and in an effort to obtain a fair and impartial jury, Defendant Mahdi Sadeghi respectfully requests that this Court ask the following questions of the venire and permit counsel to follow-up with individual questioning if warranted based on prospective jurors' answers.

1.    Mr. Sadeghi is an Iranian-American electrical engineer from Natick. He was previously employed at Analog Devices, Inc. ("ADI"), a multinational semiconductor firm with offices in Massachusetts and around the world. Mr. Sadeghi is charged with unlawfully exporting certain items to Iran in violation of U.S. export laws. He is also charged with conspiring to do that with a man named Mohammad Abedini, an Iranian engineer who ran a company in Switzerland called Illumove, which ADI contracted to assist with a project. At this point, those charges are only allegations, and Mr. Sadeghi denies them. Mr. Sadeghi is presumed innocent of all charges, unless and until a jury finds him guilty beyond a reasonable doubt.

   a.    Do you know any of the parties or witnesses in this case [*read list*]?

   b.    Have you heard or read anything about this case?

   c.    Do you have any personal knowledge of the facts or charges in this case?

   d.    Do you have any opinions about or reactions to the allegations that might

1

make it difficult for you to be fair and impartial in this case?

2.      Do you have any opinions or feelings about Iran, the government of Iran, or people from Iran that might make it difficult for you to be fair and impartial in this case?

3.      Do you speak or understand the Farsi language? Do you have any opinions or feelings about people who communicate in the Farsi language that might make it difficult for you to be fair and impartial in this case?

4.      Do you have any opinions or feelings about the Middle East, people from the Middle East, Muslims, or Islam that might make it difficult for you to be fair and impartial in this case?

5.      Do you have any opinions or feelings about immigrants, including naturalized U.S. citizens who were born in other countries, and their loyalties to the U.S. that might make it difficult for you to be fair and impartial in this case? Do you think immigrants to the U.S. should be held to a higher standard of conduct than people who were born here?

6.      Do you have any opinions or feelings about people who associate with, or are friends with, other people who have committed crimes or are accused of committing crimes? In other words, do you think if Mr. Sadeghi knew or did business with another person who broke the law, he probably knew what that person was doing?

7.      You may hear evidence in this case about Iranian military drones and their use in various armed conflicts, including the war in Ukraine and a drone strike on a U.S. military base in Jordan. Mr. Sadeghi is not charged with supporting or assisting the Iranian government or its use of military drones. Do you have any opinions or feelings about these allegations or issues that would make it difficult for you to be fair and impartial in this case?[1]

---

[1] This should be struck if the drone evidence is excluded.

8.      Do you have any opinions or feelings about the U.S. military that might make it difficult for you to be fair and impartial in this case?

9.      Do you have any opinions or feelings about whether the federal government's decision to prosecute someone means they are likely guilty?

10.     Do you have any training or background in electrical engineering?

11.     Have you ever worked, in any capacity, in the semiconductor, motion sensor, aviation, or satellite navigation industries?

12.     Have you, or do you know anyone, who has worked at ADI?

13.     Have you ever worked with exports and/or U.S. export laws?

14.     Do you have any opinions or feelings about U.S. export laws that might make it difficult for you to be fair and impartial in this case?

15.     During the past 10 years, have you served on a jury or been excluded from a jury? If so, was there anything about that experience that causes you to be unsure about your ability to decide this case fairly and impartially, and only on the basis of the evidence I admit during this trial and the law as I instruct you on it?

16.     Have you or anyone close to you been a party to any court case, whether civil or criminal? If so, was there anything about that experience that causes you to be unsure about your ability to decide this case fairly and impartially, and only on the basis of the evidence I admit during this trial and the law as I instruct you on it?

17.     Have you or anyone close to you ever been a witness in state or federal court in any case, whether civil or criminal? If so, was there anything about that experience that causes you to be unsure about your ability to decide this case fairly and impartially, and only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

18.    Have you or anyone close to you worked as a lawyer or for a law firm, attended law school, or had other training in the law?

19.    Have you or anyone close to you ever worked for any local, state, or federal law enforcement agency or prosecutor's office?

20.    Have you or anyone close to you worked for the Federal Bureau of Investigation, Department of the Treasury, the Office of Foreign Asset Control, the Department of Commerce, or the Department of Homeland Security?

21.    Have you or anyone close to you served in the U.S. military or worked for any intelligence agency?

22.    Have any of you, or has anyone close to you, ever been arrested or charged with a crime? If so, was there anything about that experience that causes you to be unsure about your ability to decide this case fairly and impartially, and only on the basis of the evidence I admit during this trial and the law as I instruct you in it?

23.    Have you or anyone close to you ever been a victim of or a witness to any crime? If so, would that experience affect your ability to decide this case fairly and impartially?

24.    It is your duty as a juror to listen to the opinions and points of view of other members of the jury. By the same token, it is also your duty as a juror to express your opinion or point of view regarding the evidence to other members of the jury. Would you feel any reluctance in joining the discussion with the other members of the jury during deliberations? Would you feel offended if other members of the jury disagreed with your view of the evidence? Might you feel unable to listen to a fellow juror who disagreed with you?

25.    As a matter of law, under the U.S. Constitution, Mr. Sadeghi is presumed innocent, and he does not have to prove his innocence. To convict Mr. Sadeghi, the government must

convince every juror, beyond a reasonable doubt, that he is guilty as charged. Do you question or doubt your ability to accept the presumption of innocence or to hold the government to its burden of proof? In other words, might you hesitate to find Mr. Sadeghi "not guilty" if you felt the government had *probably* proven its case but were not convinced beyond a reasonable doubt?

26.     Because Mr. Sadeghi is presumed innocent and need not prove his innocence, as a matter of law, he is not required to testify, call any witnesses, or present any evidence at trial. Do you think that a person who is innocent should testify or present witnesses to prove his innocence? Would you be skeptical about the innocence of a person who did not testify for himself or present witnesses on his behalf?

27.     Do you have any other feelings, opinions, or prejudices that I should know about that might impact your ability to be fair and impartial in this case?

Respectfully submitted,

**MAHDI SADEGHI**

by his attorneys,

*/s/ William W. Fick*
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
Amy Barsky (BBO #601111)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*

<u>**CERTIFICATE OF SERVICE**</u>

I, William Fick, hereby certify that on February 6, 2026, I caused this document to be filed through the ECF system.

*/s/ William W. Fick*

6