UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MAHDI MOHAMMAD SADEGHI, a/k/a<br>MOHAMMAD MAHDI SADEGHI,<br><br>Defendant. | No. 1:24-CR-10391-IT |

**GOVERNMENT'S MOTION PURSUANT TO *UNITED STATES v. RENGIFO*
REGARDING ENGLISH-LANGUAGE TRANSLATIONS OF FARSI EXHIBITS**

The United States of America hereby respectfully moves for leave to introduce into evidence at trial English translations of exhibits that consist of copies of documents and videos,[1] which are in Farsi. The government further requests leave to read into evidence all or part of the English translations.

As grounds for the motion, the government states as follows:

In *United States v. Rengifo*, the First Circuit Court of Appeals held that a properly authenticated transcript of a foreign-language recording may be admitted as substantive evidence and provided to the jurors during deliberations. 789 F.2d 975, 983 (1st Cir. 1986). The First Circuit further held that the government's use of readers to read the transcripts, rather than play the recordings, "[does] not change the essential nature of the transcript evidence" and is therefore permissible. *Id.*

The government has prepared English translations of Farsi-language exhibits and has provided those translations to defense counsel. The government is continuing to prepare

---

[1] The government has identified two videos that it plans to introduce at trial. While there is no spoken Farsi, the videos have written titles or captions that are in Farsi.

translations of a small number of additional Farsi-language exhibits and will produce those translations to the defense upon receipt. If necessary, the government will introduce evidence at trial concerning the authenticity of the recordings and the accuracy of the translations. The government will also introduce evidence at trial concerning the authenticity and admissibility of the copies of documents and videos which are in Farsi if necessary.

The government conferred with counsel for the defendant regarding the English translations of Farsi-language exhibits and counsel indicated they needed additional time to review the translations before they could consider whether to stipulate to the authenticity of those translations.

WHEREFORE, the government respectfully requests that its motion for leave to introduce into evidence at trial copies of the Farsi-language exhibits and the English translations of those exhibits, and to read into evidence all or part of the English transcripts, be allowed.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/   *Alathea E. Porter*
JARED C. DOLAN
ALATHEA E. PORTER
Assistant United States Attorneys

LESLIE C. ESBROOK
Trial Attorney

2

## **CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 7.1**

I certify that I filed this document via the CM/ECF system on February 6, 2026, which caused the document to be electronically served on all counsel of record. I hereby certify that the government has conferred with counsel for the defendant, Mahdi Mohammad Sadeghi, who has not yet had the ability to review all of the English translations and reserves the right to file a response to the government's Motion.

*/s/ Alathea E. Porter*
Alathea E. Porter

Dated: February 6, 2026

3