UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>MAHDI MOHAMMAD SADEGHI, a/k/a<br>MOHAMMAD MAHDI SADEGHI,<br><br>Defendant. | No. 1:24-CR-10391-IT |

## GOVERNMENT'S PROPOSED VOIR DIRE

In addition to those standard questions commonly put to the venire, the government hereby requests that the Court pose the following questions to prospective jurors.  The government reserves its rights to supplement or modify these requested questions.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ _Alathea E. Porter_
JARED C. DOLAN
ALATHEA E. PORTER
Assistant United States Attorneys

LESLIE C. ESBROOK
Trial Attorney

## CERTIFICATE OF SERVICE

I certify that I filed this document via the CM/ECF system on February 6, 2026, which caused the document to be electronically served on all counsel of record.

/s/ Alathea E. Porter
Alathea E. Porter

Dated: February 6, 2026

**<u>PROPOSED VOIR DIRE</u>**

1. The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

    a. Ever been a defendant in a criminal proceeding (other than for an alleged moving traffic violation)?

    b. Ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

    c. Ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

    d. Ever had any involvement, of any sort other than a routine traffic matter, with a police department; with the Federal Bureau of Investigation, also known as the FBI; the Customs and Border Patrol, also known as CBP; or any other law enforcement agency?

    e. Ever been treated unfairly by any police office or other law enforcement personnel?

    f. Ever had any involvement with, or do you have strong opinions about, the Department of Justice, the FBI, CBP, the United States Treasury Department, Office of Foreign Assets Control (OFAC), or the United States Department of War (formerly Department of Defense)?

2. Aside from these particular circumstances, are you aware of any bias or prejudice which you may have against the federal government or any federal or other law enforcement

agency which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3.     Have you watched television shows and movies about police work, forensic evidence, or the criminal justice system?  If you have, do you believe your views developed as a result of those shows will interfere with your ability to base your verdict solely on the evidence in this case?

4.     The defendant in this case is charged with offenses that involve alleged violations of economic sanctions imposed by the United States on the Islamic Republic of Iran.  Do any of you feel that you could not view fairly and impartially a case involving such charges?  Has anyone formed an opinion that the actions charged in the Superseding Indictment, as I have described them to you, should not be crimes?

5.     Do any of you believe that exporting goods or materials in violation of US export laws and sanctions, or attempting or conspiring to do so, should not be illegal, or that the laws governing these crimes should not be enforced?  Would any of you have difficulty following the law on these types of violations as I will instruct you on it?

6.     Have any of you ever applied for a license to export items from the United States?

7.     Have any of you had any experiences with exporting in general that would make it difficult for you to objectively judge the facts and apply the law?

8.     Has any juror been involved in an offense involving export violations? Has any juror's relative, close friend or associate been involved in an offense involving export violations? Has any juror, or any member of a juror's family, or any juror's close friend, had any experiences of any kind, directly or indirectly, with illegal exporting?

3

9.     If you have ever served as a juror on a case previously, is there anything about this past jury service experience that impacted you in such a way that would make it difficult for you to be a fair and impartial juror in this case?

10.     Have you read or heard anything about this case, including any accounts in the media, the foreign press or on foreign websites?  If so, is there anything that you have read or heard that would cause you to feel that you cannot decide the facts of this case fairly and impartially?

11.     Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?