IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MAHDI SADEGHI

No.  1:24-cr-10391-IT

**DEFENDANT MAHDI SADEGHI'S WITNESS LIST**

In addition to any witnesses the government has identified, the defense may call the following witnesses at trial:

1. the Defendant, himself

2. Eamon Sadeghi

3. Eugene Daneshvar

4. Laura Barnes

5. Debbie Gibson

6. a "Reader" or Summary Witness, TBD (likely a paralegal or law student with no knowledge of the case);

7. authentication/records custodian witnesses for documents to be introduced as exhibits, as/if necessary.

Respectfully submitted,

**MAHDI SADEGHI**

by his attorneys,

*/s/ William W. Fick*
Amy Barsky (BBO #601111)
William W. Fick (BBO #650562)
Daniel N. Marx (BBO #674523)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*wfick@fickmarx.com*
*dmarx@fickmarx.com*
*abarsky@fickmarx.com*

## CERTIFICATE OF SERVICE

I, William Fick, hereby certify that on February 17, 2026, I caused this document to be filed through the ECF system.

*/s/ William Fick*

2