UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MAHDI MOHAMMAD SADEGHI,<br>a/k/a MOHAMMAD MAHDI<br>SADEGHI,<br><br>Defendant. | No. 1:24-CR-10391-IT |

## GOVERNMENT'S WITNESS LIST

The government respectfully submits the following list of potential witnesses for the trial scheduled to begin on March 2, 2026.  The government reserves the right to call additional witnesses to authenticate business records in the absence of stipulations as to admissibility of business records and/or admission of such records under Rule 902 of the Federal Rules of Evidence.  The government also reserves the right to supplement this list with reasonable notice to the defendant and to call additional rebuttal witnesses not identified here.

| Name | Entity or Location |
|---|---|
| Brendan Vickers, Special Agent | Federal Bureau of Investigation |
| Lauren Harry, Special Agent | Federal Bureau of Investigation |
| Kara Spice, Supervisory Special Agent | Federal Bureau of Investigation |
| Christopher Beckstrom, Forensic Examiner | Federal Bureau of Investigation |
| Quddus Khamooshi, Linguist | Federal Bureau of Investigation |
| Jeremy Krizek | Department of Treasury, OFAC |
| Dakota Hopper | Customs and Boarder Patrol |
| Mehdi Aghagolzadeh | Kirkland, WA |
| Mark Looney | Greensboro, NC |
| Tzeno Galchev | Melrose, MA |
| Ian Beavers | Greensboro, NC |

| Pablo Del Coro | Wilmington, MA |
| Spencer Thompson | Greenville, SC |
| Gary Wolfberg | Castle Rock, Colorado |

Respectfully submitted,

| LEAH B. FOLEY | JOHN A. EISENBERG |
| United States Attorney | Assistant Attorney General |

| By: /s/ *Jared C. Dolan* | By: */s/ Leslie C. Esbrook* |
| JARED C. DOLAN | LESLIE C. ESBROOK |
| ALATHEA E. PORTER | Trial Attorney |
| Assistant United States Attorneys | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed this document via the CM/ECF system on February 17, 2026, which caused the document to be electronically served on all counsel of record.

*/s/ Alathea E. Porter*
Alathea E. Porter

Dated: February 17, 2026

2