**US v. MAHDI MOHAMMAD SADEGHI**
**24-cr-10391-IT**

| Exhibit Number | Description | Party Offering Exhibit | Does Party Expect to Offer Exhibit | Does opposing side object, reserve or have no objection | Blank | Blank | Blank |
|---|---|---|---|---|---|---|---|
| 1 | 2013-06-29 Chase Account Opening Statement.pdf | Government | Yes | 401, 702, 901 | | | |
| 2 | 2014-04-25 Business Plan (farsi).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 2-1 | 2014-04-25 Attachment Business Plan (English translation).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 3 | 2016-10-24 Re SDRA.pdf | Government | Yes | 401, 802 | | | |
| 4 | 2016-10-29 Re NO meeting today.pdf | Government | Yes | 401, 802 | | | |
| 5 | 2016-11-4 Docs.pdf | Government | Yes | 401, 403 | | | |
| 6 | 2016-11-21 Contract.pdf | Government | Yes | 401, 403 | | | |
| 7 | 2016-11-23 Contract.pdf | Government | Yes | 401, 403 | | | |
| 8 | 2016-11-26 Outsourcing Contract.pdf | Government | Yes | 802 | | | |
| 9 | 2016-12-21 Schematic Files.pdf | Government | Yes | 401, 403, Missing Attachments | | | |
| 10 | 2016-12-23 Re Confirmation of your order - Mouser.pdf | Government | Yes | 401 | | | |
| 11 | 2016-12-23 Order Cancelation Notice - Mouser.pdf | Government | Yes | 401, 802, 901 | | | |
| 12 | 2016-12-23 Confirmation of your order - Mouser.pdf | Government | Yes | 401, 802, 901 | | | |
| 13 | 2016-12-27 Shipment Notification - Mouser.pdf | Government | Yes | 401, 802, 901 | | | |
| 14 | 2017-01-07 Re Data Collection.pdf | Government | Yes | 401, 403, 802 | | | |
| 15 | 2017-01-07 Re Data Collection (Farsi).pdf | Government | Yes | 401, 403, Translation | | | |
| 15-1 | 2017-01-07 Re Data Collection (Translation).pdf | Government | Yes | 401, 403, Translation | | | |
| 16 | 2017-01-31 Fw Contract.pdf | Government | Yes | 401, 403, 802, Translation | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 403, 802, Translation | | | |
| 17 | 2017-03-01 SDRA Google Account Registration.pdf | Government | Yes | 401, 403, 702, 901 | | | |
| 18 | 2017-04-14 Re Confirmation of your order - Mouser.pdf | Government | Yes | 401 | | | |
| 19 | 2017-04-14 Fwd Confirmation of your order - Mouser.pdf | Government | Yes | 401 | | | |
| 20 | 2017-04-15 Mouser invoice (Farsi).pdf | Government | Yes | 401, 802, Translation | | | |
| 20-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 802, Translation | | | |
| 21 | 2017-10-13 Fwd ADIS16460.pdf | Government | Yes | Likely no objection | | | |
| 22 | 2017-10-18 Re Tacit Motion Intro.pdf | Government | Yes | Likely no objection | | | |
| 23 | 2017-10-26 SDRA Google Account Billing.pdf | Government | Yes | 401, 403, 702, 901 | | | |
| 24 | 2017-10-31 RE ADIS16470.pdf | Government | Yes | Likely no objection | | | |
| 25 | 2017-12-06 Update on ADI Project.pdf | Government | Yes | Likely no objection | | | |
| 26 | 2017-12-20 Chase Statement.pdf | Government | Yes | Likely no objection | | | |
| 27 | 2018-01-03 ADI Hong Kong.pdf | Government | Yes | Likely no objection | | | |
| 28 | 2018-01-08 Contract (farsi).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 28-1 | 2018-01-08 Contract (translation).pdf | Government | Yes | 401, 403, 802, 901 Translation | | | |
| 29 | 2018-01-19 Meeting tonight.pdf | Government | Yes | 401 | | | |
| 30 | 2018-03-13 Re Intern.pdf | Government | Yes | 401, 802, Missing Link | | | |
| 31 | 2018-05-10 Stock Purchase NDA and Consulting Agreement.pdf | Government | Yes | 401 | | | |
| 32 | 2018-05-16 Re ADIS16470 sample.pdf | Government | Yes | 401, 802 | | | |
| 33 | 2018-05-18 Re ADIS16470 sample.pdf | Government | Yes | 401 | | | |
| 34 | 2018-06-08 Re Saturday Meeting.pdf | Government | Yes | 401, 802 | | | |

| 35 | 2018-06-09 Contract (Farsi).pdf | Government | Yes | 401, 901 (re Contract), Translation | | | |
| 35-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 901 (re Contract), Translation | | | |
| 36 | 2018-08-12 Hosseini (Farsi) Tax Documents.pdf | Government | Yes | 401, 403, 802, 901 (re Attachments), Translation | | | |
| 36-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 403, 802, 901 (re Attachments), Translation | | | |
| 37 | 2018-08-16 Sepehr Code -Sadeghi.pdf | Government | Yes | 401 | | | |
| 38 | Business Plan SadraLab-Submitted-doc.pdf | Government | Yes | 401, 802, 901 | | | |
| 39 | 2018-09-02 Fw Business Plan.pdf | Government | Yes | 401, 802 | | | |
| 40 | 2018-09-08 Fax ordering Sepehr Units (Farsi).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 40-1 | 2018-09-08 Fax ordering Sepehr Units (translation).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 41 | 2018-09-10 Business Plan SavSol.pdf | Government | Yes | 401, 403, 802, 901 (re Attachments) | | | |
| 42 | 2018-09-23 Email with SAMTA license (Farsi).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 42-1 | 2018-09-23 Email with SAMTA license (translation).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 43 | 2018-10-06 Fw images are self explanatory.pdf | Government | Yes | 401, 802 | | | |
| 44 | 2018-10-06 Fwd images are self explanatory.pdf | Government | Yes | 401 | | | |
| 45 | 2018-10-10 Fw images are self explanatory.pdf | Government | Yes | 401, 802 | | | |
| 46 | 2018-10-10 Fw Raw Data.pdf | Government | Yes | 401, 802 | | | |
| 47 | 2018-12-14 Re job.pdf | Government | Yes | Likely no objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | 2019-01-30 Sadeghi ADI employee confidentiality agreement.pdf | Government | Yes | Likely no objection | | | |
| 49 | 2019-05-11 Abedini to Iranian Space Agency about specific military contracts (farsi).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 49-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 50 | 2019-06-18 Posture Alogo.pdf | Government | Yes | 401, 802 | | | |
| 51 | 2019-07-20 Fwd Itinerary Receipt.pdf | Government | Yes | Likely no objection | | | |
| 52 | 2019-08-17 Illumove GoDaddy Records.pdf | Government | Yes | 401, 702 | | | |
| 53 | 2019-08-22 Test.pdf | Government | Yes | Likely no objection | | | |
| 54 | 2019-08-27 Abedini test illumove email.pdf | Government | Yes | Likely no objection | | | |
| 55 | 2019-08-27 Re Test for sending.pdf | Government | Yes | Likely no objection | | | |
| 56 | 2019-08-27 Test (Sadeghi to Abedini).pdf | Government | Yes | Likely no objection | | | |
| 57 | 2019-08-27 Potential Eval kit subcon.pdf | Government | Yes | Likely no objection | | | |
| 58 | 2019-08-28 Alogo - Illumove.pdf | Government | Yes | 401, 802 | | | |
| 59 | 2019-08-30 Illumove Website Notes.pdf | Government | Yes | Likely no objection | | | |
| 60 | 2019-08-30 Galchev chat with Sadeghi re Illumove website.pdf | Government | Yes | Likely no objection | | | |
| 61 | 2019-08-30 Development partner.pdf | Government | Yes | Likely no objection | | | |
| 62 | 2019-09-01 Fw Development partner.pdf | Government | Yes | Likely no objection | | | |
| 63 | 2019-09-02 Re Development partner.pdf | Government | Yes | Likely no objection | | | |
| 64 | 2019-09-03 Re Development partner.pdf | Government | Yes | Likely no objection | | | |
| 65 | 2019-09-11 Fwd updated eval MRD.pdf | Government | Yes | Likely no objection | | | |
| 66 | 2019-09-23 Fw Shiratech.pdf | Government | Yes | 401, 802 | | | |
| 67 | 2019-10-11 Fw evaluation system project.pdf | Government | Yes | Likely no objection | | | |
| 68 | 2019-10-13 Fw evaluation system project.pdf | Government | Yes | Likely no objection | | | |
| 69 | 2019-10-13 Re Fw evaluation system project.pdf | Government | Yes | 401 (because of missing link), 403 | | | |
| 70 | 2019-10-23 Re Update Alogo Move.pdf | Government | Yes | 401, 802 | | | |
| 71 | 2019-11-14 Re work package.pdf | Government | Yes | 802 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72 | 2019-11-20 eval board project.pdf | Government | Yes | Likely no objection | | | |
| 73 | 2019-11-27 Evaluation System Project Proposal - Illumove SA.pdf | Government | Yes | Likely no objection | | | |
| 74 | 2019-12-29 Hosseini Logo inquiry (farsi).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 74-1 | 2019-12-29 Hosseini Logo inquiry (translation).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 75 | 2019-12-29 Hosseini Logo inquiry Abedini bcc (farsi).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 75-1 | 2019-12-29 Hosseini Logo inquiry Abedini bcc (translation).pdf | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 76 | 2020-01-03 Salarieh to Abedini (Farsi).pdf | Government | Yes | 401, 403, 802, 901 (re Attachment); Translation | | | |
| 76-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 403, 802, 901 (re Attachment); Translation | | | |
| 77 | 2020-01-13 ADI US Export Training Chart.pdf | Government | Yes | Likely no objection | | | |
| 78 | 2020-01-13 - Congratulations - Complying with U-S-Export Controls Training Course | Government | Yes | Likely no objection | | | |
| 79 | 2020-01-24 review eval board proposal.pdf | Government | Yes | Likely no objection | | | |
| 80 | 2020-02-25 Re eval board project.pdf | Government | Yes | Likely no objection | | | |
| 81 | 2020-02-28 Re eval board project.pdf | Government | Yes | Likely no objection | | | |
| 82 | 2020-03-06 FW eval board project.pdf | Government | Yes | Likely no objection | | | |
| 83 | 2020-03-06 RE eval board project.pdf | Government | Yes | Likely no objection | | | |
| 84 | 2020-03-11 Re Can you fill in the table below.pdf | Government | Yes | Likely no objection | | | |
| 85 | 2020-03-19 Re eval board project.pdf | Government | Yes | Likely no objection | | | |
| 86 | 2020-03-23 RE Tax dechets.pdf | Government | Yes | 401, 403, 802 | | | |
| 87 | 2020-04-06 Conversation with Galchev.pdf | Government | Yes | Likely no objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 88 | 2020-08-10 Fwd Change of company name from SadraLab to illumove.pdf | Government | Yes | 401, 403, 802 | | | |
| 89 | 2021-03-16 Skype meeting - Eval Platform.pdf | Government | Yes | Likely no objection | | | |
| 90 | 2021-04-09 Re Mohammad Abedini from Illumove.pdf | Government | Yes | 401, 403, 802 | | | |
| 91 | 2021-05-13 Delegation Email.pdf | Government | Yes | Likely no objection | | | |
| 92 | 2021-06-11 RE ADXL357 inquiry.pdf | Government | Yes | Likely no objection | | | |
| 93 | 2021-06-15 Illumove RFP.pdf | Government | Yes | Likely no objection | | | |
| 94 | 2021-06-17 RE Evaluation Project - Final Steps.pdf | Government | Yes | Likely no objection | | | |
| 95 | 2021-09-07 RE Illumove justification.pdf | Government | Yes | Likely no objection | | | |
| 96 | 2021-10-07 ADI and Illumove Statement of Work.pdf | Government | Yes | Likely no objection | | | |
| 97 | 2021-12-16 RE ADXL367 Export Control | Government | Yes | Likely no objection | | | |
| 98 | 2022-01-31 Hosseini email with Abedini resume (Farsi).pdf | Government | Yes | 401, 802, 901, Translation | | | |
| 98-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 802, 901, Translation | | | |
| 99 | 2022-02-14 GNSS Alogrithm.pdf | Government | Yes | Likely no objection | | | |
| 100 | 2022-02-24 FW EvalBoard Update.pdf | Government | Yes | Likely no objection | | | |
| 101 | 2022-03-04 Illumove GNSS INS .pdf | Government | Yes | Likely no objection | | | |
| 102 | 2022-03-08 Ian Beavers notes.pdf | Government | Yes | 401, 403 (re Datasheets), 802 (double hearsay?) | | | |
| 103 | 2022-03-08 RE Illumove GNSS.pdf | Government | Yes | Likely no objection | | | |
| 104 | 2022-03-10 Eval Platform progress.pdf | Government | Yes | 401, 403 (re Datasheets) | | | |
| 104-1 | 2022-03-10 Email Attachment (illumove_analog_device_demo-mp4) | Government | Yes | Likely no objection | | | |
| 104-2 | 2022-03-10 Email Attachment (usb-mp4) | Government | Yes | Likely no objection | | | |
| 105 | 2022-04 Khosrownejad onedrive - Agreement Initial (Farsi).pdf | Government | Yes | 401, 403, 802- 901, Translation | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 105-1 | 2022-04 Khosrownejad onedrive - Agreement Initial (Translation).pdf | Government | Yes | 401, 403, 802- 901, Translation | | | |
| 106 | 2022-04-09 Fw missing datasheets.pdf | Government | Yes | 401, 403 (re Datasheets), 802 | | | |
| 107 | 2022-04-09 Fw ADXL382 datasheet.pdf | Government | Yes | 401, 403 (re Datasheets), 802 | | | |
| 108 | 2022-04-09 Fw missing datasheets.pdf | Government | Yes | 401, 403 (re Datasheets), 802 | | | |
| 109 | 2022-05-11 Fw Inertial Sensor Eval System.pdf | Government | Yes | Likely no objection | | | |
| 110 | 2022-06-09 RE DS for Illumove.pdf | Government | Yes | 401, 403 (re Datasheets) | | | |
| 111 | 2022-08-10 Fw ADI eval system - illumove.pdf | Government | Yes | 802 | | | |
| 112 | 2022-08-16 Re Request for a part.pdf | Government | Yes | 401, 403 | | | |
| 113 | 2022-09-22 Fedex shipping documents for ADXL382.pdf | Government | Yes | Likely no objection | | | |
| 114 | 2022-09-27 Re Illumove updates.pdf | Government | Yes | Likely no objection | | | |
| 115 | 2022-09-29 FedEx Shipment Information Report (Tracking Number 600995331650).pdf | Government | Yes | Likely no objection | | | |
| 116 | 2022-10-04 Fw ADI - illumove updates.pdf | Government | Yes | 401, 403 (re Datasheets), 802 | | | |
| 117 | 2022-10-21 RE Analog Devices sample center order.pdf | Government | Yes | Likely no objection | | | |
| 118 | 2022-10-21 Fedex shipping documents for ADXL382.pdf | Government | Yes | Likely no objection | | | |
| 119 | 2022-10-28 Re new FW.pdf | Government | Yes | Likely no objection | | | |
| 120 | 2022-11-04 Questions about XL382.pdf | Government | Yes | Likely no objection | | | |
| 121 | 2022-11-04 Questions about XL382 Metadata Screenshot.pdf | Government | Yes | 401, 403, 701, 702 | | | |
| 122 | 2022-11-11 RE shipment.pdf | Government | Yes | Likely no objection | | | |
| 123 | 2022-11-28 Engineer Zone.pdf | Government | Yes | Likely no objection | | | |
| 124 | 2022-12-10 myMaxim.pdf | Government | Yes | Likely no objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 125 | 2022-12-15 Looney to Del Coro.pdf | Government | Yes | 401, 403, 802 | | | |
| 126 | 2023 ADI Sharepoint.pdf | Government | Yes | 401, 403, 901 (including as to timing) | | | |
| 127 | 2023 Looney and Simon PowerPoint on ADIS1657.pdf | Government | Yes | 401, 403, 802 | | | |
| 128 | 2023-02-28 Re ADXL317 Test.pdf | Government | Yes | Likely no objection | | | |
| 129 | 2023-02-28 Re ADXL317 Test Metadata Screenshot.pdf | Government | Yes | 401, 403, 701, 702 | | | |
| 130 | 2023-04-19 FW Analog Devices Sample Center order.pdf | Government | Yes | Likely no objection | | | |
| 131 | 2023-05-10 Re USB port issue.pdf | Government | Yes | Likely no objection | | | |
| 132 | 2023-05-12 Teams invite Illumove RFP.pdf | Government | Yes | Likely no objection | | | |
| 133 | 2023-05-20 Fw Analog Devices Sample Center order.pdf | Government | Yes | 401, 802 | | | |
| 134 | 2023-06-21 Re Illumove.pdf | Government | Yes | Likely no objection | | | |
| 135 | 2023-07-10 Forum for BR.pdf | Government | Yes | Likely no objection | | | |
| 136 | 2023-07-10 Attachment Metadata Screenshot.pdf | Government | Yes | 401, 403, 701, 702 | | | |
| 137 | 2023-07-11 Fedex Shipment Information Report (Tracking Number 639766904889).pdf | Government | Yes | Likely no objection | | | |
| 138 | 2023-07-11 Fedex Shipping documents.pdf | Government | Yes | Likely no objection | | | |
| 139 | 2023-07-11 Forum for BR.pdf | Government | Yes | 401, 403 (re Datasheets) | | | |
| 140 | 2023-07-13 Forum for BR.pdf | Government | Yes | 401, 403 (re Datasheets) | | | |
| 141 | 2023-08-01 Customer evaluation.pdf | Government | Yes | Likely no objection | | | |
| 142 | 2023-08-01 Customer Evaluation.pdf | Government | Yes | Likely no objection | | | |
| 143 | 2023-08-03 Pablo to Thompson Abedini ooo.pdf | Government | Yes | Likely no objection | | | |
| 144 | 2023-08-08 Re GNSS RFP.pdf | Government | Yes | Likely no objection | | | |
| 145 | 2023-08-16 RE MCB BOM.pdf | Government | Yes | Likely no objection | | | |
| 146 | 2023-08-16 Attachment Metadata Screenshot - MCB tester proposal.pdf | Government | Yes | 401, 403, 701, 702 | | | |
| 147 | 2023-09-10 One Drive notice.pdf | Government | Yes | 401, 802, 901 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 148 | 2023-09-12 Re RFP GNSS INS.pdf | Government | Yes | Likely no objection | | | |
| 149 | 2023-09-12 RE RFP - GNSS_INS.pdf | Government | Yes | Likely no objection | | | |
| 150 | 2023-09-12 Attachment metadata screenshot RFP.pdf | Government | Yes | 401, 403, 701, 702 | | | |
| 151 | 2023-09-12 MCB BOM.pdf | Government | Yes | Likely no objection | | | |
| 152 | 2023-09-12 MCB Attachment Metadata Screenshot.pdf | Government | Yes | 401, 403, 701, 702 | | | |
| 153 | 2023-09-26 RFP - GNSS INS.pdf | Government | Yes | Likely no objection | | | |
| 154 | 2023-10-09 RE SEA Discussion.pdf | Government | Yes | Likely no objection | | | |
| 155 | 2023-10-14 FW Illumove Intro Meeting.pdf | Government | Yes | 401, 403, 802 | | | |
| 156 | 2023-10-18 Illumove SES Intro.pdf | Government | Yes | 401, 403, 802 | | | |
| 157 | 2023-11-20 Illumove SES Intro 10-18 minutes.pdf | Government | Yes | 401, 403, 802 | | | |
| 158 | 2023-11-22 Re Review Illumove architecture components code etc.pdf | Government | Yes | 401, 403, 802 | | | |
| 159 | 2023-12-06 Re Review Illumove.pdf | Government | Yes | 401, 403, 802 | | | |
| 160 | 2023-12-14 Re Review Ilumove archtecture minutes.pdf | Government | Yes | 401, 403, 802 | | | |
| 161 | 2023-12-15 Meeting recording.pdf | Government | Yes | 401, 403, 802, Missing Link | | | |
| 162 | 2024-01-30 re illumove boards for demo.pdf | Government | Yes | Likely no objection | | | |
| 163 | 2024-02-13 Re IMU raptor.pdf | Government | Yes | Likely no objection | | | |
| 164 | 2024-02-14 samples for illumove.pdf | Government | Yes | Likely no objection | | | |
| 165 | 2024-03-04 IMUs Thompson PowerPoint.pdf | Government | Yes | 401, 403, 802 | | | |
| 166 | 2024-03-04 Pablo ADI workflow.pdf | Government | Yes | Likely no objection | | | |
| 167 | 2024-03-06 follow up.pdf | Government | Yes | Likely no objection | | | |
| 168 | 2024-03-08 RE Raptor 450 dps samples.pdf | Government | Yes | Likely no objection | | | |
| 169 | 2024-03-15 ADI invoice to Illumove ADIS16607_ADXL380.pdf | Government | Yes | Likely no objection | | | |
| 170 | 2024-03-15 FedEx Shipment Information Report (Tracking Number 701612270431).pdf | Government | Yes | Likely no objection | | | |
| 171 | 2024-03-15 Fedex shipping documents.pdf | Government | Yes | Likely no objection | | | |
| 172 | 2024-04-23 Osprey datasheet.pdf | Government | Yes | 401, 403 (re Datasheets) | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 173 | 2024-05-02 Samples to illumove.pdf | Government | Yes | Likely no objection | | | |
| 174 | 2024-05-02 Samples for illumove.pdf | Government | Yes | Likely no objection | | | |
| 175 | 2024-05-02 Sadeghi sends Thompson illumove address.pdf | Government | Yes | Likely no objection | | | |
| 176 | 2024-05-06 FedEx Shipment Information Report (Tracking Number 701612276381).pdf | Government | Yes | Likely no objection | | | |
| 177 | 2024-05-06 Fedex shipment.pdf | Government | Yes | Likely no objection | | | |
| 178 | (Hosseini onedrive) sepehr_simu-mp4 | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 178-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 403, 802, 901, Translation | | | |
| 179 | 2024-05-21 fwd demos for sensor coverage.pdf | Government | Yes | Likely no objection | | | |
| 180 | 2024-06-03 Re demos for sensors.pdf | Government | Yes | Likely no objection | | | |
| 181 | 2024-06-05 invite re illumove demo.pdf | Government | Yes | Likely no objection | | | |
| 182 | 2024-06-13 Applications Team chart in PowerPoint.pdf | Government | Yes | Likely no objection | | | |
| 183 | 2024-07-03 ADI training records.pdf | Government | Yes | Likely no objection | | | |
| 184 | 2024-07-24 ADLX380_382 PowerPoint.pdf | Government | Yes | Likely no objection | | | |
| 185 | 2024-12-16 Advice of Rights_Sadeghi Signed.pdf | Government | Yes | Likely no objection | | | |
| 186 | 2024-12-16 Sadeghi FBI Interview-mp4 | Government | Yes | Likely no objection | | | |
| 187 | ADI Product Families.pdf | Government | Yes | Likely no objection | | | |
| 188 | Digikey Abedini Invoice Records.pdf | Government | Yes | 802, 901 | | | |
| 189 | Mouser Abedini Invoice Records.pdf | Government | Yes | 802, 901 | | | |
| 190 | Internal ADI Spreadsheet showing shipments_exports.pdf | Government | Yes | Likely no objection | | | |
| 191 | Qatar Airways.pdf | Government | Yes | Likey no objection | | | |
| 192 | Sadeghi desktop screenshot.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 193 | Sadeghi laptop - filename 58868186739__7B4FA842-E3FF-444F-BFF0-32C9E85C5B70-jpeg.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 194 | Sadeghi laptop - Letter-of-Intent-SDRA v2.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 195 | Sadeghi laptop - Sadra-Co Password Summary.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 196 | Sadeghi laptop - Schematic Prints.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 197 | Sadeghi laptop - screenshot of file ADIS16470 Vehicle test.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 198 | Sadeghi laptop - Sepehr User Manual_rev1-0.pdf | Government | Yes | Likely no objection | | | |
| 198-1 | Sephr User Manual (Translation).pdf | Government | Yes | Translation | | | |
| 199 | Sadeghi laptop screenshot of Telegram download - SNav Userface.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 200 | Sadeghi laptop screenshot of Telegram downloads - Abedini Test 2.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 201 | Sadeghi laptop screenshot of Telegram downloads - Abedini test.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 202 | Sadeghi laptop screenshot of Telegram downloads - flight itinerary Abedini.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 203 | Sadeghi laptop screenshot of Telegram downloads - flight option Abedini.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 204 | Sadeghi laptop screenshot of Telegram downloads - SDRA.pdf | Government | Yes | 401, 403, 701, 702, 901 | | | |
| 205 | Sadeghi phone - Abedini Telegram Chat (farsi).pdf | Government | Yes | Likely no objection | | | |
| 205-1 | Sadeghi phone - Abedini Telegram Chat (translation).pdf | Government | Yes | Translation | | | |
| 206 | Sadeghi phone - Abedini WhatsApp Chat (farsi).pdf | Government | Yes | Likely no objection | | | |
| 206-1 | Sadeghi phone - Abedini WhatsApp Chat (translation).pdf | Government | Yes | Translation | | | |
| 207 | Sadeghi phone - Del Coro Chat.pdf | Government | Yes | Likely no objection | | | |
| 208 | Sadeghi phone - Galchev Chat part 2.pdf | Government | Yes | Likely no objection | | | |
| 208-1 | 2024-10 Video from Sadeghi and Galchev Chat | Government | Yes | 401, 403 | | | |
| 208-2 | 2024-10 Videos from Sadeghi and Galchev Chat | Government | Yes | 401, 403 | | | |
| 209 | Sadeghi phone - Galchev Chat.pdf | Government | Yes | Likely no objection | | | |

| 210 | Sadeghi phone - Google searches.pdf | Government | Yes | Likely no objection | | | |
| 211 | Sadeghi phone - Photos.pdf | Government | Yes | Likely no objection | | | |
| 212 | Sadeghi phone - SDRA Co passkey.pdf | Government | Yes | 701, 702 | | | |
| 213 | Sadeghi phone - SDRA wifi connect.pdf | Government | Yes | 701, 702 | | | |
| 214 | Summary Chart - Abedini Travel.pdf | Government | Yes | Reserve pending verification of data; completeness | | | |
| 215 | Summary Chart - Sadeghi Travel.pdf | Government | Yes | Reserve pending verification of data; completeness | | | |
| 216 | Turkish Airlines - Abedini.pdf | Government | Yes | Likely no objection | | | |
| 217 | (SDRA office tour)(USAO_Exhibit_005119)-mp4 | Government | Yes | 401, 403, 802, 901 | | | |
| 217-1 | PLACEHOLDER FOR TRANSLATION | Government | Yes | 401, 403, 802, 901,Translation | | | |
| 218 | Sadeghi laptop - MassChallenge (USAO_Exhibit_005122) | Government | Yes | Likely no objection | | | |
| 219 | Sadeghi laptop - Motion Capture (USAO_Exhibit_005121) | Government | Yes | Likely no objection | | | |
| 220 | Illumove Ledger (USAO_Exhibit_005120) (Farsi) | Government | Yes | 401, 403, 802, 901 | | | |
| 220-1 | Illumove Ledger (USAO_Exhibit_005120) (English translation) | Government | Yes | Translation, 401, 403, 802, 901 | | | |
| 221 | Tehran Maps | Government | Yes | 401, 403, 701, 702 | | | |
| 222 | SRDA Ledger from 2021-2022 (Farsi) | Government | Yes | 401, 403, 802, 901 | | | |
| 222-1 | PLACEHOLDER for translation of SDRA Ledger from 2021-2022 | Government | Yes | 401, 403, 802, 901, translation | | | |
| 223 | FY2022-2023 SDRA fiscal year report (Farsi) | Government | Yes | 401, 403, 802, 901 | | | |
| 223-1 | PLACEHOLDER for translation of FY2022-2023 SDRA fiscal year report | Government | Yes | 401, 403, 802, 901, translation | | | |
| | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 501 | 501_USAO_003118_2-0-1 Know Your Customer Screening Guidance.pdf | Defense | Yes | 401, 403 | | | |
| 502 | 502_USAO_003127_2-3 Diversion Risk Screening Policy and Procedure - updated 7-22-19.pdf | Defense | Yes | 401, 403 | | | |
| 503 | 503_USAO_003155_5-1 US Non-SAP Exports Procedure - updated 7-24-19.pdf | Defense | Yes | 401, 403 | | | |
| 504 | 504_USAO_003295_ADI Technology Control Plan - Final.pdf | Defense | Maybe | 401, 403 | | | |
| 505 | 505_USAO_003315_ADI TECHNOLOGY CONTROL PLAN.pdf | Defense | Maybe | 401, 403 | | | |
| 506 | 506_USAO_004470_Export Compliance Awareness(3-3-21).pdf | Defense | Maybe | 401, 403 | | | |
| 507 | 507_USAO_001315_Export Compliance Policies & Procedures.pdf | Defense | Maybe | 401, 403 | | | |
| 508 | 508_USAO_247642_MEMS Products and Licensing.pdf | Defense | Maybe | 401, 403 | | | |
| 509 | 509_USAO_248305_Export Compliance Awareness – Final.pdf | Defense | Maybe | 401, 403 | | | |
| 510 | 510_USAO_248861_TCRS - CoB_DPS 07092020.pdf | Defense | Maybe | 401, 403 | | | |
| 511 | 511_USAO_249130_Analog April 2019 - BIS_ICE presentation.pdf | Defense | Maybe | 401, 403, 901 | | | |
| 512 | 512_USAO_004898_172363 - illumove SA Ethics Statement.pdf | Defense | Maybe | Likely no objection | | | |
| 513 | 513_USAO_403052_ILL-MAI-21375-Consulting Services Agreement - Inc- 11-2020_final.pdf | Defense | Maybe | Likely no objection | | | |
| 514 | 514_USAO_403057_ILL-MAI-21451-Mutual Confidentiality Agreement - rev 11-2020_final.pdf | Defense | Maybe | Likely no objection | | | |
| 515 | 515_USAO_403043_ILL-SOW-21392-Statement of Work Template 1-2021_IB7signed.pdf | Defense | Maybe | Likely no objection | | | |
| 516 | 516_USAO_410528_Proposal_illumove.pdf | Defense | Maybe | Likely no objection | | | |
| 517 | 517_USAO_404898_laptop.pdf | Defense | Maybe | 401, 403 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 518 | 518_USAO_404908_RE_ laptop.pdf | Defense | Maybe | 401, 403 | | | |
| 519 | 519_1466505_IRAN-EO13876-2020-368201-1_CAS_for_MLF_False_Hit.pdf | Defense | Maybe | Likely no objection | | | |
| 520 | 520_ENF_1124841_LHC.pdf | Defense | Maybe | Likely no objection | | | |
| 521 | 521_OFAC notice re illumove, sdra, abedini.pdf | Defense | Maybe | 401, 403 | | | |
| 522 | 522_ofac-treasury-gov faqs 287-jpg | Defense | Maybe | 401, 403 | | | |
| 523 | 523_sanctionssearch-ofac-treasury-gov-jpg | Defense | Maybe | 401, 403 | | | |