IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAHDI SADEGHI | No. 1:24-cr-10391-IT |

**DEFENDANT MAHDI SADEGHI'S RENEWED MOTION
TO DISMISS BASED ON NON-DELEGATION DOCTRINE IN LIGHT OF
*LEARNING RESOURCES, INC. v. TRUMP* (FEBRUARY 20, 2026)**

On October 14, 2025, Mr. Sadeghi moved to dismiss the Indictment against him on a number of grounds, including the unconstitutional delegation of authority claimed by the Executive branch. *See* D.E. 131 at 19-20. He now renews and incorporates by reference that Motion, in light of the Supreme Court's recent decision in *Learning Resources, Inc. v. Trump*, Nos. 24-1287, 25-250, 2026 U.S. LEXIS 714 (Feb. 20, 2026).

In *Learning Resources,* the Supreme Court struck down the President's claim that the International Emergency Economic Powers Act (IEEPA) authorized him to impose sweeping tariffs based on a claim of national emergency. Chief Justice Roberts underscored Congress's practice of providing "clear and limited delegations" of authority to the Executive. *Id*. at *20 (joined by Gorsuch, J., and Barrett, J.). He reiterated the application of the "major questions" doctrine, including in situations in which the President claims an emergency and those implicating foreign policy. *See id.* at *23-*24. Finally, Chief Justice Roberts noted that "[e]mergency powers … tend to kindle emergencies. Dozens of IEEPA emergencies remain ongoing today, including the first—declared over four decades ago in response to the Iranian hostage crisis. And as the Framers understood, emergencies can afford a ready pretext for usurpation of congressional power." *Id*. (internal citations and quotation marks omitted).

Accordingly, and for the reasons discussed in the Motion, Mr. Sadeghi renews his claim that the IEEPA and the ITSR constitute an unconstitutional delegation of legislative authority and asks the Court to dismiss the Superseding Indictment on that basis.

        Respectfully submitted,

        **MAHDI SADEGHI**

        by his attorneys,

        */s/ Amy Barsky*
        Amy Barsky (BBO #601111)
        William W. Fick (BBO #650562)
        Daniel N. Marx (BBO #674523)
        FICK & MARX LLP
        24 Federal Street, 4th Floor
        Boston, MA 02110
        (857) 321-8360
        *wfick@fickmarx.com*
        *dmarx@fickmarx.com*
        *abarsky@fickmarx.com*

## CERTIFICATE OF SERVICE

I, Amy Barsky, hereby certify that on February 23, 2026, I caused this document to be filed through the ECF system.

        */s/ Amy Barsky*
        Amy Barsky